1  Bass, Quinn W.O.P. (COPYRIGHTED)

2  c/o P.O. Box 166

3  Highland, CA 92346

4

5  Attorney(s): In Personne Physique

6

7  UNITED STATES DISTRICT COURT

8  CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION RIVERSIDE

9

10  BASS, QUINN W.O.P.

         Petitioner,

11

12  vs.

13  THE PEOPLE OF THE STATE OF CALIFORNIA,

         Respondents

14

**Case No.:** 5:21-cr-00028-JWH

NOTICE AND NOTICE OF MOTION /PURSUANT TO 28 U.S.C. SUBSECTION(S) 1455 – PROCEDURE FOR REMOVAL OF CRIMINAL PROSECUTIONS/ LODGED: NOTICE OF INJUNCTION/RESTRAINING ORDER AGAINST JUDGE HAROLD T WILSON JR.CA BAR # 134988 AND ALL AGENTS AND PARTIES OF INTERESTS OF SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO CENTRAL DIVISION, RESPONDEAT SUPERIOR, SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, SAN BERNARDINO COUNTY DISTRICT ATTORNEY'S OFFICE, RESPONDEAT SUPERIOR, SAN BERNARDINO COUNTY SHERIFF'S DEPT., RESPONDEAT SUPERIOR/ LODGED: NOTICE OF MOTION FOR THREE JUDGE COURT PURSUANT TO 28 U.S.C. SUBSECTION(S) 2284 (A) (B)RE FOR

FILED<br>
CLERK, U.S. DISTRICT COURT<br>
02/16/2021<br>
CENTRAL DISTRICT OF CALIFORNIA<br>
BY: ___ AP ___ DEPUTY

NOTICE AND NOTICE OF MOTION /PURSUANT TO 2 REMOVAL OF CRIMINAL PROSECUTIONS/LODGED: AGAINST JUDGE HAROLD T WILSON JR.CA BAR # 1 INTERESTS OF SUPERIOR COURT OF CALIFORNIA ( DIVISION, RESPONDEAT SUPERIOR, SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, SAN BERNARDINO COUNTY DISTRICT ATTORNEY'S OFFICE, RESPONDEAT SUPERIOR, SAN BERNARDINO COUNTY SHERIFF'S DEPT., RESPONDEAT SUPERIOR/LODGED: NOTICE OF MOTION FOR THREE JUDGE COURT PURSUANT TO 28 U.S.C. SUBSECTION(S) 2284 (A) (B)    EX PARTE DATE:    TIME    CTR: DATE  12 FEB 2021    TIME 8:30AM    DEPT S-15 - 1 (MOTION TO RECUSE)

TICE OF INJUNCTION/RESTRAINING ORDER L AGENTS AND PARTIES OF EX PARTE    DATE:    TIME    CTR: ENTRAL

DATE  12 FEB 2021    TIME 8:30AM
DEPT S-15

**Affidavit of Prejudice**

Mem. Of Points and Authorities:

TAKE JUDICIAL NOTICE:MAGISTRATE(S) HAROLD T. WILSON JR. CA BAR # 134988, DAVID J. MAZUREK CA BAR # 168601 and RONALD J. GILBERT CA BAR # 118707 of SUPERIOR COURT OF CALIFORNIA SAN BERNARDINO COUNTY, RESPONDEAT SUPERIOR and all parties of interest, alleged violated petitioner's unalienable rights protected by the CA Constitution of 1849 Article 1, Declaration of Rights along with organic United States Constitution, ignoring due care and due process of law (Read Attached Affidavit and Declaration). These actions were not in harmony and/or consistent with Judge/Referee/Magistrate duties to uphold the Constitution of California (1849) and Organic United States Constitution. TAKE JUDICIAL NOTICE:MAGISTRATE(S) HAROLD T. WILSON JR. CA BAR # 134988, DAVID J. MAZUREK CA BAR # 168601 and RONALD J. GILBERT CA BAR # 118707 of SUPERIOR COURT OF CALIFORNIA SAN BERNARDINO COUNTY, RESPONDEAT SUPERIOR ignored due care, and my due process of law which alleged actions are not in harmony with ARTICLE VI SECTION 3 of the United States Constitution that states "and the judges

NOTICE AND NOTICE OF MOTION /PURSUANT TO 28 U.S.C. SUBSECTION(S) 1455 – PROCEDURE FOR REMOVAL OF CRIMINAL PROSECUTIONS/LODGED: NOTICE OF INJUNCTION/RESTRAINING ORDER AGAINST JUDGE HAROLD T WILSON JR.CA BAR # 134988 AND ALL AGENTS AND PARTIES OF INTERESTS OF SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDIONO CENTRAL DIVISION, RESPONDEAT SUPERIOR, SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, SAN BERNARDINO COUNTY DISTRICT ATTORNEY'S OFFICE, RESPONDEAT SUPERIOR. SAN BERNARDINO COUNTY SHERIFF'S DEPT., RESPONDEAT SUPERIOR/LODGED: NOTICE OF MOTION FOR THREE JUDGE COURT PURSUANT TO 28 U.S.C. SUBSECTION(S) 2284 (A) (B)     EX PARTE DATE:     TIME     CTR: DATE 12 FEB 2021     TIME 8:30AM     DEPT S-15 - 2 (MOTION TO RECUSE)

in every state shall be bound thereby, anything in the Constitution or laws of any

State to the contrary notwithstanding"

(Conflict of Interest) Judge acting like a prosecuting attorney than referee

(alleged)

Take further Judicial Notice that an amended Affidavit and Notice of Writ of Ponendis

in Assisis giving the SAN BERNARDINO County Sheriff's Dept., Respondeat Superior 5

BUSINESS DAYS from the receipt of this document to answer and/or rebut the attached

aforementioned; furthermore,

SHERIFF JOHN MCMAHON OF SAN BERNARDINO COUNTY is to recuse the Superior

Court of California County of San Bernardino, Respondeat Superior and summon a jury of 15 to

hold a public trial.

Take further Judicial Notice that on January 15th 2021 JUDGE HAROLD T. WILSON JR CA

BAR # 134988 held a proceeding on case # FSB19001352 giving petitioner an alleged frivolous

arrest warrant for failure to appear on a hearing that should not have been heard; furthermore, an

affidavit of prejudice was filed against Judge Harold T. Wilson Jr.CA Bar #134988for violations

of due care and due process of law and religious and divine by-laws, and Circle 7 Koran, Treaty

of Peace and Friendship of 1787 from the Moorish Science Temple of America in which

petitioner is nationalized prior along with an Affidavit and Notice of Writ of Ponedis in Assisis

and Notice of Stay of Proceedings was filed on or around 23 September2021 notifying the court

NOTICE AND NOTICE OF MOTION /PURSUANT TO 28 U.S.C. SUBSECTION(S) 1455 – PROCEDURE FOR REMOVAL OF CRIMINAL PROSECUTIONS/LODGED: NOTICE OF INJUNCTION/RESTRAINING ORDER AGAINST JUDGE HAROLD T WILSON JR.CA BAR # 134988 AND ALL AGENTS AND PARTIES OF INTERESTS OF SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO CENTRAL DIVISION, RESPONDEAT SUPERIOR, SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, SAN BERNARDINO COUNTY DISTRICT ATTORNEY'S OFFICE, RESPONDEAT SUPERIOR, SAN BERNARDINO COUNTY SHERIFF'S DEPT., RESPONDEAT SUPERIOR/LODGED: NOTICE OF MOTION FOR THREE JUDGE COURT PURSUANT TO 28 U.S.C. SUBSECTION(S) 2284 (A) (B)      EX PARTE  DATE:       TIME        CTR: DATE  12 FEB  2021         TIME 8:30AM            DEPT S-15 - 3 (MOTION TO RECUSE)

the San Bernardino County Sheriff's Department, Respondeat Superior was served the

aforementioned to recuse Judge Wilson CA Bar #134988 in case # FSB19001352.

Take further judicial notice that San Bernardino County Sheriff's Dept., Respondeat Superior

refuted/neglected/refused to answer aforementioned Affidavit and Notice of Writ of Ponedis in

Assisis recusing JUDGE HAROLD T. WILSON JR. CA BAR# 134988, furthermore as

previously stated, Notice of Stay of Proceedings was ignored while Judge Wilson CA Bar

#134988 issued a an alleged frivolous warrant on January 15th 2021 giving the SAN

BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR the alleged excuse to

arrest petitioner on frivolous arrest warrant for $150,000 USD, furthermore, sustaining grave

bodily injuries (broken right elbow, severer sprained left elbow, lacerations to head and face,

potential mild concussion, severe mental anguish creating physical illness, wife was hospitalized

due to incident).

Take Judicial Notice that Cell Phone was taken as evidence due to petitioner recording initial

contact; furthermore, private conveyance was confiscated and towed off scene currently with a

30 day hold by S.B.P.D., RESONDEAT SUPERIOR, while ARMADA TOWING LLC currently

has a threat of lien sale on private property.

     Take further judicial notice that petitioner's **unalienable rights, protected by**
**the California Constitution of 1849 Article I Declaration of Rights Section(s) 1, 3, , 4, 6, 7, 8, 16, 19,**
**21 and pursuant to U.S.C. Article VI Section 3 oath of office, due care, and due process of law are**
**continuously being violated causing a potential life threatening situation which led to Grave Bodily**
**Injury on the petitioner and  alleged frivolous criminal case(s) FSB19001352/FSB21000434.**

NOTICE AND NOTICE OF MOTION /PURSUANT TO 28 U.S.C. SUBSECTION(S) 1455 – PROCEDURE FOR
REMOVAL OF CRIMINAL PROSECUTIONS/LODGED: NOTICE OF INJUNCTION/RESTRAINING ORDER
AGAINST JUDGE HAROLD T WILSON JR.CA BAR # 134988 AND ALL AGENTS AND PARTIES OF
INTERESTS OF SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDIONO CENTRAL
DIVISION, RESPONDEAT SUPERIOR, SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT
SUPERIOR, SAN BERNARDINO COUNTY DISTRICT ATTORNEY'S OFFICE, RESPONDEAT SUPERIOR,
SAN BERNARDINO COUNTY SHERIFF'S DEPT., RESPONDEAT SUPERIOR/LODGED: NOTICE OF
MOTION FOR THREE JUDGE COURT PURSUANT TO 28 U.S.C. SUBSECTION(S) 2284 (A) (B)      EX
PARTE  DATE:      TIME      CTR: DATE  12 FEB  2021      TIME 8:30AM      DEPT S-15 - 4
(MOTION TO RECUSE)

1          **Take Further Judicial Notice that a Motion to Consolidate cases FSB19001352 and**

2    **FSB21000434 was filed in SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO**

3    **CENTRAL DIVISION along with Motion to Remove case to Federal and Notice of Stay of Proceedings, and**

    **Affidavit of Prejudice and Judicial Notice to be heard in Dept. 15 at 8:30am on FEBRUARY 12ᵀᴴ 2021.**

4    **Take Further Judicial Notice Petitioner lodges a** NOTICE OF INJUNCTION/RESTRAINING

5    ORDER AGAINST judge Harold t Wilson jr.ca bar # 134988 and all agents and parties of

6    interests of superior court of California county of San Bernardino central division, Respondeat

7    Superior, San Bernardino Police Department, Respondeat Superior, San Bernardino County

8    District Attorney's Office, Respondeat Superior, San Bernardino county sheriff's dept.,

9    Respondeat Superior pursuant to Rule 65 for the aforementioned as well as court ordered

10   protection for petitioner's safety (petitioner fears for life).

11   Take further Judicial Notice peteioner lodges : notice of motion for three judge court pursuant to
28 u.s.c. subsection(s) 2284 (a) (b)

12   due to the fact that a Constitutional Challenge to the Statutes of Charges pursuant 28 U.S.C.

13   SUBSECTIONS 2403 and Rule 5.1 in case # FSB19001352/FSB21000434 on several occasions

14   in which all motions are being ignored or denied; furthermore, SAN BERNARDINO COUNTY

15   SHERIFF'S DEPT., RESPONDEAT SUPERIOR, as well as SAN BERNARDINO POLICE

16   DEPARTMENT, RESPONDEAT SUPERIOR have called GRAVE BODILY INJURY,

17   MENTAL ANGUISH AND PHYSICAL ILLNESS.

18

19

20    Read Attached documents

21

22   **Declaration:**

23

24   NOTICE AND NOTICE OF MOTION /PURSUANT TO 28 U.S.C. SUBSECTION(S) 1455 – PROCEDURE FOR
REMOVAL OF CRIMINAL PROSECUTIONS/LODGED: NOTICE OF INJUNCTION/RESTRAINING ORDER

25   AGAINST JUDGE HAROLD T WILSON JR.CA BAR # 134988 AND ALL AGENTS AND PARTIES OF
INTERESTS OF SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDIONO CENTRAL

26   DIVISION, RESPONDEAT SUPERIOR, SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT
SUPERIOR, SAN BERNARDINO COUNTY DISTRICT ATTORNEY'S OFFICE, RESPONDEAT SUPERIOR,

27   SAN BERNARDINO COUNTY SHERIFF'S DEPT., RESPONDEAT SUPERIOR/LODGED: NOTICE OF
MOTION FOR THREE JUDGE COURT PURSUANT TO 28 U.S.C. SUBSECTION(S) 2284 (A) (B)     EX

28   PARTE DATE:     TIME     CTR: DATE 12 FEB 2021     TIME 8:30AM     DEPT S-15 - 5
(MOTION TO RECUSE)

1   I Declare under the penalty of Perjury of the Laws of the United States California Republic the foregoing to be true

2   and correct.

3

4   **DATE:**  II FEBRUARY 2021  X By: base, quum W.O.P.©

5                              WITHOUT UNITED STATES / SUI JURIS

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24   NOTICE AND NOTICE OF MOTION /PURSUANT TO 28 U.S.C. SUBSECTION(S) 1455 – PROCEDURE FOR
     REMOVAL OF CRIMINAL PROSECUTIONS/LODGED: NOTICE OF INJUNCTION/RESTRAINING ORDER
25   AGAINST JUDGE HAROLD T WILSON JR.CA BAR # 134988 AND ALL AGENTS AND PARTIES OF
     INTERESTS OF SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDIONO CENTRAL
26   DIVISION, RESPONDEAT SUPERIOR, SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT
     SUPERIOR, SAN BERNARDINO COUNTY DISTRICT ATTORNEY'S OFFICE, RESPONDEAT SUPERIOR,
27   SAN BERNARDINO COUNTY SHERIFF'S DEPT., RESPONDEAT SUPERIOR/LODGED: NOTICE OF
     MOTION FOR THREE JUDGE COURT PURSUANT TO 28 U.S.C. SUBSECTION(S) 2284 (A) (B)    EX
28   PARTE  DATE:    TIME      CTR: DATE  12 FEB 2021      TIME 8:30AM          DEPT S-15 - 6
     (MOTION TO RECUSE)

ATTORNEY OR PARTY WITHOUT ATTORNEY *(name and Address):*     TELEPHONE NO.:

bass, Quinn W.O.P. D/B/A QUINN S. BASS (COPYRIGHT)

c/o P.O. Box 166

Highland, CA 92346

ATTORNEY FOR *(Name):* In Personne Physique

**FOR COURT USE ONLY**

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDI~ DISTRICT

FEB 1 1 2021

BY: _____ Deputy

---

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

STREET ADDRESS: 247 W. THIRD ST.
MAILING ADDRESS:
CITY AND ZIP CODE: SAN BERNARDINO, 92415
    BRANCH NAME: SAN BERNARDINO CENTRAL DIVISION

PETITIONER:    bass, Quinn W.O.P.

RESPONDENT: THE PEOPLE OF THE STATE OF CALIFORNIA

---

| | |
|---|---|
| **NOTICE OF MOTION / PURSUANT TO 28 U.S.C §1455 – Procedure for removal of criminal prosecutions**<br><br>**LODGED:**<br>**NOTICE OF MOTION / NOTICE OF STAY OF PROCEEDINGS PURSUANT TO 28 U.S.C §1455 – Procedure for removal of criminal prosecutions**<br><br>**(EX PARTE)** | CASE #: FSB19001352/FSB21000434 |

**Hearing Date: 12 February 2021 Time: 8:30AM   Courtroom: DEPT. S-15 Filing Date of Original Complaint or Petition in this Case: 21 SEPTEMBER 2020**

Take Judicial Notice that Petitioner, bass, quinnW.O.P., hereby move(s) for an order of Stay of Proceedings pursuant to 28 U.S.C. SUBSECTION(S) 1455 in the aforementioned case(s).

DECLARATION

I, bass, quinn W.O.P. declare as follows:

1. I at no point gave jurisdiction over myself and/or property in the circumstances surrounding above entitled case and do not waive any of my unalienable rights; protected by, the California State Constitution of 1849, along with the organic United States Constitution.
2. I am domiciled in the County of San Bernardino, State of California Republic.
3. The alleged claim on which I am suing the San Bernardino County Sheriff's Department in the County of San Bernardino State of California.
4. Take further judicial notice that a Motion to Consolidate case(s) FSB19001352 with FSB21000434 is to be heard on February 12th 2021 in Dept. 15 at 8:30am due to the similarities in both cases (Petitioner sustains grave bodily injuries in both cases yet receives alleged frivolous PC 69 charges in both cases)
5. Take judicial notice that due care and due process of law are continuously being violated by SUPERIOR COURT OF CALIFORNIA, SAN BERNARDINO, RESPONDEAT SUPERIOR, SAN BERNARDINO COUNTY DISTRICT ATTORNEY'S OFFICE, RESPONDEAT SUPERIOR, AND SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, RESPONDEAT SUPERIOR by not acknowledging filed Notice of Writ of Ponedis in Assisis with the SAN BERNARDINO COUNTY SHERIFF'S DEPT., RESPONDEAT SUPERIOR receiving their formal notice in person given to their CIVIL LIABILITIES DIVISION located at 655 E. Third St. San Bernardino, CA 92415 on or around September 20, 2020; furthermore, aforementioned Writ of Ponedis in Assisis was never answered.
6. Take further Judicial Notice that Grave bodily Injury was inflicted on Petitioner as a result in circumstances surrounding frivolous case #FSB21000434 (BROKEN RIGHT ELBOW, SEVERELY SPRAINED LEFT ELBOW), FSB19001352 (SPRAINED RIGHT WRIST, PEPPER SPRAYED EYES, HERNIA SURGERY AS A RESULT OF CONTACT)

NOTICE OF MOTION AND MOTION TO REMOVE CASE PURSUANT TO 28 U.S.C §1455 – Procedure for removal of criminal prosecutions

1

Take further Judicial Notice that on Jan. 29th 2021 petitioner's wife was hospitalized due to husband not making back home with the potential lifesaving water he was instructed to get by her in the circumstances surrounding aforementioned frivolous case.

7.   Take Further Judicial Notice that all Agents and or Parties of Interest in the above entitled case including Superior Court of California San Bernardino, Central Division, San Bernardino County District Attorney's Office, Respondeat Superior. San Bernardino County Counsel, Respondeat Superior, and San Bernardino County Sheriff's Department, Respondeat Superior, are I alleged violation of CA Rule 1.7 (Conflict of Interest) and pursuant to all agents oath of office, " So help you GOD"; (READ ATTACHED DOCUMENTS)

I declare, under penalty of perjury under .the organic United State's California Republic the foregoing to be true and correct.

Date: _08 FEB.2021_  x By: bass, quinn W.O.P. ©

*bass, quinn Without United States*

| Short Title   bass W.O.P. v THE PEOPLE OF THE STATE OF CALIFORNIA | Case # FSB19001352/FSB21000434 |
| --- | --- |

## POINTS AND AUTHORITIES

Paragraph(s) of the complaint identify the contract/incident/claim to have occurred or arose in the County of San Bernardino, State of California.

### 28 U.S. Code § 1455 - Procedure for removal of criminal prosecutions

**(a)NOTICE OF REMOVAL.—**
A defendant or defendants desiring to remove any criminal prosecution from a State court shall file in the district court of the United States for the district and division within which such prosecution is pending a notice of removal signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and containing a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action.
**(b)REQUIREMENTS.—**
**(1)**
A notice of removal of a criminal prosecution shall be filed not later than 30 days after the arraignment in the State court, or at any time before trial, whichever is earlier, except that for good cause shown the United States district court may enter an order granting the defendant or defendants leave to file the notice at a later time.
**(2)**
A notice of removal of a criminal prosecution shall include all grounds for such removal. A failure to state grounds that exist at the time of the filing of the notice shall constitute a waiver of such grounds, and a second notice may be filed only on grounds not existing at the time of the original notice. For good cause shown, the United States district court may grant relief from the limitations of this paragraph.
**(3)**
The filing of a notice of removal of a criminal prosecution shall not prevent the State court in which such prosecution is pending from proceeding further, except that a judgment of conviction shall not be entered unless the prosecution is first remanded.
**(4)**

NOTICE OF MOTION AND MOTION TO REMOVE CASE PURSUANT TO 28 U.S.C §1455 – Procedure for removal of criminal prosecutions

2

The United States district court in which such notice is filed shall examine the notice promptly. If it clearly appears on the face of the notice and any exhibits annexed thereto that removal should not be permitted, the court shall make an order for summary remand.

**(5)**

If the United States district court does not order the summary remand of such prosecution, it shall order an evidentiary hearing to be held promptly and, after such hearing, shall make such disposition of the prosecution as justice shall require. If the United States district court determines that removal shall be permitted, it shall so notify the State court in which prosecution is pending, which shall proceed no further.

**(c)WRIT OF HABEAS CORPUS.—**

If the defendant or defendants are in actual custody on process issued by the State court, the district court shall issue its writ of habeas corpus, and the marshal shall thereupon take such defendant or defendants into the marshal's custody and deliver a copy of the writ to the clerk of such State court.

(

Respectfully submitted,

Date: 08FEB21    bass, quinn W.O.P.(C)

*bass, quinn Without United States/Without Prejudice/Sui Juris*

NOTICE OF MOTION AND MOTION TO REMOVE CASE PURSUANT TO 28 U.S.C §1455 – Procedure for removal of criminal prosecutions

3

ATTACHMENT B

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

FEB 1 1 2021

BY: Jennifer Saldana, Deputy

1 Bail Hotline Bail Bonds
2 3230 Vine St Suite 200
   Riverside, CA 92507
3 T: 888-438-2245

4
5 IN THE _____SUPERIOR_____ COURT OF THE
6 _____SAN BERNARDINO_____ JUDICIAL DISTRICT
7 COUNTY OF ___SAN BERNARDINO___ , STATE OF CALIFORNIA

8
9 PEOPLE OF THE STATE OF CALIFORNIA,    )    Bond No.: FCS 50-2215839
                                        )
10            Plaintiff,                )    Case No.: FSB19001352
                                        )
11 vs.                                  )
                                        )
12 BASS,QUINN                           )
                          ,             )    REASSUMPTION OF LIABILITY ON BAIL
13                                      )    BOND
              Defendant.                )
14                                      )

15        The forfeiture of the bond filed herein on behalf of the above named Defendant having

16 been set aside by the above entitled Court, Financial Casualty & Surety, Inc. ("Surety"), in

17 consideration of the said bail bond being ordered reinstated, does hereby notify the Court that

18 Surety does not object to the reinstatement of bail on the above entitled bail bond for the period

   of ten (10) days from the date of this notice.  PC 1305(c)(4); County of Madera v. Ranger Ins.
19
   Co., 230 Cal.App.3d, 271.
20
21    Dated this _____12th_____ day of FEBRUARY , 20 21
      Void if not filed within forty-eight hours of this date.
22

23
                                        By: _____
24                                            Attorney-in-Fact
      For good cause appearing, it is hereby ordered.
25

26 Dated: _____   _____

27
                              Judge of the Court
28

_____

FCS327 – Reassumption of Liability

FILE ON DEMAND

4

1  Bass, Quinn W.O.P. (COPYRIGHTED)          ATTACHMENT

2  c/o P.O Box 166                                  C

3  Highland, CA 92346

4  Attorney(s): In Personne Physique

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

FEB 11 2021

BY: Jennifer Saldana, Deputy

5                        SUPERIOR COURT OF CALIFORNIA

6                   COUNTY OF SAN BERNARDINO  CENTRAL   DIVISION

7  Bass, quinn w.o.p.                    )          CASE# FSB19001352/FSB21000434

8              (Petitioner)              )              NOTICE OF ERRATA

9  (EX PARTE)                                      (ADDING DISCOVERY
                                                      EVIDENCE)
10 THE PEOPLE OF THE STATE OF            )

11 CALIFORNIA,. RESPONDEAT SUPERIOR )

12              (RESPONDENT(S))          )              DATE:12 FEB 2021

13 TIME:8:30AM  DEPT: S-15

14 mem. points and authorities:

15 Take notice that Petitioner is filing a Notice of Errata on the above entitled case to add/file attached

16 document(s) in above entitled case as Discovery/Evidence.

17 Declaration: I declare the foregoing under the penalty of perjury of the laws of the organic United States of

18 America's California Republic to be true and correct. (Read Attached Document(s))

19

20 DATE: 05 FEB 2021                       x By: bass, quinn W.O.P.
                                              WITHOUT UNITED STATES
21

                        PROOF OF PERSONAL SERVICE

I Declare under the penalty of Perjury of the Laws of the organic United States Constitution that I mailed a

Notice of Writ of Ponedis in Assisis, Affidavit of Truth and Notice of True Bill, Notice of Waiver of Tort,

Affidavit of Demand for Attorney at Law Third Party Intervener Foreign Registration Statement, Notice of

Cease and Desist, Hospital Records, Pitchess/Brady Motion, Franks Motion with Lodged Motion to Consolidate

cases FSB19001352/FSB21000434, Affidavit of Prejudice  TO  SAN BERNARDINO POLICE DEPT,
22  710 N. D ST, SAN BERNARDINO, CA 92401, SAN BERNARDINO COUNTY SHERIFF
23  655 E 3RD ST SAN BERNARDINO, CA 92415, SAN BERNARDINO COUNTY D.A.
    303 W. 3RD ST SAN BERNARDINO, CA 92415, COMMISION ON JUDICIAL
24  PERFORMANCE, 455 GOLDEN GATE AVE STE 14400 SAN FRANCISCO, CA 94102
25 DATE:05 Feb 2021  U.S. ATTORNEY'S OFFICE NORTHERN DISTRICT OF CALIFORNIA, 450
26  GOLDEN GATE AVE 11th FLOOR SAN FRANCISCO, CA 94102,

                                5

DISCOVERY/EVIDENCE

FSB21000434

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

FEB 11 2021

## SAN BERNARDINO POLICE DEPARTMENT
## CIVILIAN COMPLAINT FACT FORM

Chief of Police
San Bernardino Police Department
P.O. Box 1559
San Bernardino, CA 92401 BY _____ Jennifer Feldman, Deputy

Your Name **bass quinn W.O.P. ©**

Home Address **P.O. BOX 166 HIGHLAND, CA 92346**

Work Address _____

Home Phone _____   Work Phone _____   Cell Phone **(909) 95-0129**

Email Contact: **THEREALEST_EVER@YAHOO.COM**

Were you arrested at the incident you are complaining about:  Yes ☒   No ☐

If "Yes", do you have a lawyer?  Yes ☐  No ☐   Lawyer's name: _____   Phone #: _____

Are you willing to discuss the incident with investigators **without** your lawyer being present?  Yes ☐  No ☒

Name(s), Badge number(s), or description of employee(s) involved:

**N/A**
**OFFICER ROBINSON (ALLEGED SWAT)**

Date/Time of occurrence **01/29/2021 APPROX 9:40 PM**

Location of occurrence **LITTLE CEASARS PARKING LOT HIGHLAND, DEL ROSA AVE**

Names, Addresses, and phone numbers of all known witnesses:

1. _____
2. _____
3. _____
4. _____
5. _____

(OVER)

6

Relate in your own words what occurred, including all incidents leading up to the matter you are complaining about.
Use more paper if necessary.

ON THE NIGHT IN QUESTION, OFFICERS TURNED ON THEIR
EMERGENCY LIGHTS WHILE I WAS IN THE PARKING LOT
OR SACK IN THE BOX NEAR HIGHLAND AVE AND DEL
ROSA AVE.; FURTHERMORE AS I WAS FILMING THE INCIDENT
ON MY CELL PHONE, I ASKED OFFICER WHY HIS EMERGENCY
LIGHTS WERE ON SINCE THERE WAS NOT AN EMERGENCY, HE
REPLIED WITH IM STOPPING YOU FOR SPEEDING, LICENSE, REG.
INSURANCE. I COMPLIED HANDING HIM MY ID AND OWNERSHIP
INFORMATION OUT THE CRACK OF MY WINDOW, WHEN OFFICER
ATTEMPTED TO OPEN MY DOOR. I REPLIED WITH I WANT TO SPEAK
WITH YOUR WATCH COMMANDER OR SUPERVISOR, HE RESPONDED
WITH A 3 SECOND COUNT DOWN (NEVER RUNNING MY INFORMATION)
BEFORE VANDALIZING MY DRIVER SIDE WINDOW (BREAKING)
HIM AND HIS PARTNER DRAGGED ME OUT OF MY PRIVATE CONVEYANCE,
SLAMMING ME HEAD FIRST INTO THE BROKEN GLASS (HEAD BOUNCING)
(ALMOST FELL UNCONCIOUS); FURTHERMORE PINNING ME DOWN FACE
FIRST IN BROKEN GLASS WHILE PROCEEDING TO TWIST BOTH ARMS BACK,
BREAKING RIGHT ELBOW, WHILE SEVERLY SPRAINING LEFT ELBOW,
SUFFERED MULTIPLE LACERATIONS TO FACE AND HEAD, THEN CHARGED WITH
FRIVOLOUS PC 69 WHICH IS A VIOLATION OF PETITIONER'S UNALIENABLE
RIGHTS; PROTECTED BY CALIFORNIA CONSTITUTION OF 1849 ARTICLE I DECLARATION OF
~~You have~~ AS WELL AS OCEANIC UNITED STATES CONSTITUTION, AND PURSUANT U.S.C. ARTICLE VI SEC 3

the right to make a complaint against a police officer for any improper police conduct. California Law requires this agency to have
a procedure to investigate civilian complaints. You have the right to a written description of this procedure. This agency may find after
investigation that there is not enough evidence to warrant action on your complaint. Even if that is the case, you have the right to make the
complaint and have it investigated if you believe an officer behaved improperly. Civilian complaints and any reports or findings relating to
complaints must be retained by this agency for at least five years.

Complainant's Signature **By: barry quinnie.OP** Date **08 FEB 2021**
WITHOUT UNITED STATES
Parent's signature if complainant a juvenile

*********************************************************************************

**FOR OFFICIAL USE ONLY**

Person/Rank issuing complaint form: _____

Person/Rank receiving complainant form: _____   Date/Time _____

A copy of this complaint shall be provided to the complainant at the time it is received per PC 832.7(b)

PSB (12-2014)

7

## After Visit Summary

*(handwritten: DISCOVERY / EVIDENCE)*

**VA** | U.S. Department of Veterans Affairs

**Bass,Quinn Shinda**
DOB: 03/09/1980 (40y)
Visit date: February 04, 2021
Date generated: February 04, 2021 23:37
LOMA LINDA HCS

We are glad to serve you today at VA Loma Linda. In 30 to 60 days, you may receive a **survey in the mail.**
**PLEASE take the time to fill it out.**

## Today's Visit

| | |
|---|---|
| **Clinic Visits** | Feb 04, 2021 21:04 - LL/EMER DEPT LOG/1600-2400-X / STEINKE,MICHAEL / PARK,SOOKJA |
| **Providers** | • STEINKE,MICHAEL<br>• PARK,SOOKJA |
| **Reason For Visit** | • Pain in right Elbow |
| **You Were Diagnosed With** | • Pain in right Elbow • Contusion of right Elbow, Initial Encounter |
| **Vitals as of This Visit** | February 04, 2021<br>• Blood Pressure: 134/87 • Respirations: 18<br>• Pulse: 94 • Temperature: 97.9 F<br>• Pulse Oximetry: 100 • Pain: 10 |

*(handwritten: By Pt's Report; 01-29-2021 Assent / Puisele)*

## My Treatment Plan

**Other Instructions**

*(handwritten left margin: Picture Rt elbow; See Radiologist result @ Ball)*

ER courses: Long arm Rt posterior splint and sling Rt arm.
Orthopedic consult, Dr. Rhett MacNeille,

*(handwritten: (R) elbow fx 01-29-2021)*

*(handwritten right margin: Initial exam C ER; Approached Regime; M. C)*

Rxs: Tylenol 500mg, #20 for mild or moderate pain
Tylenol with codein 30/325mg, #16, No driving. only for severe pain
Discharge after care instruction (DC ACI):

Discharged home in stable condition
Elevate your Lt arm to cut to prevent swelling lower arm or hands, finger
Keep dry and clean splint.
Try to take ace wrap off if any severe pressure or pain over the posterior long
arm splint.

1) Pt verbalized and agreed DC ACI.

2) The case manager will contact you for orthopeidc clinic at outpatine follow
up for your right elbow, please answer the phone when you have calls, please
No contact sport, fall precautions

3) Return to emergency room if persistent and worse

## My Ongoing Care

| | |
|---|---|
| **Primary Care Provider** | Sun,C H<br>DELTA MD 8 |
| **Upcoming Appointments** | No appointments scheduled in the next 3 months |
| **Immunizations** | • Tetanus, Diphtheria, Pertussis (TDAP) (Date: Jul 08, 2020) |

For care on evenings and weekends, please call 24 hour Telephone Care at 1-877-252-4866

ame: Bass,Quinn Shinda  |  DOB: 03/09/1980 (40y)          After Visit Summary

Page 2 of 3

| Allergies and Adverse Drug Reactions (Signs / Symptoms) | No known allergies |
|---|---|

**My Medications**

The medications listed below were reviewed with you by your provider and is provided to you as an updated list of medications. Please remember to inform your provider of any medication changes or discrepancies that you note. Otherwise, please continue these medications as prescribed.

| Medication | Facility | Prescription Status |
|---|---|---|
| **ACETAMINOPHEN 300MG/COD 30MG TAB** TAKE 1 TABLET BY MOUTH EVERY 4 HOURS AS NEEDED **DO NOT TAKE MORE THAN 3000MG OF ACETAMINOPHEN PER DAY** Notes: | | PENDING Quantity: 0 for 0 days Refills Remaining: 0 Last Filled: Requested on but not yet released. |
| **Acetaminophen 500mg Tab** TAKE ONE TABLET BY MOUTH EVERY 12 HOURS AS NEEDED FOR PAIN **DO NOT TAKE MORE THAN 3000MG OF ACETAMINOPHEN PER DAY** Rx #: 9944833 Notes: | LOMA LINDA PHARMACY 909-777-3259 Ordering Provider: PARK,SOOKJA | ACTIVE Quantity: 20 for 10 days Refills Remaining: 0 Expires: Mar 6, 2021 Last Filled: Requested on Feb 4, 2021 but not yet released. |

# Additional Information

**More Help and Information**

This information is meant to provide a summary of your appointment with your health care provider. If you have any questions about your care including test results, medications, diagnoses or other concerns, please contact your health care provider. **Please bring this form to your next visit as a record of your medications and alert your provider to any changes in your medications.**

- To contact your primary care provider, please call (909) 825-7084 or 1-800-741-8387 and follow the prompts to the clinic where your primary care provider is located.
- To refill a prescription, please call 909-777-3259 or visit www.myhealth.va.gov.
- **For care on evenings and weekends, please call 24 hour Telephone Care at 1-877-252-4866.**

Access health resources. Track your health. Refill VA prescriptions. Visit **www.myhealth.va.gov** ! Ask your health care team about in-person authentication and begin ordering medications and viewing appointments through MyHealtheVet. After completing in-person authentication, click on "Secure Messaging" in MyHealtheVet and select "I would like to opt in to secure messaging" in order to send email messages to your providers.

Want to be healthier? Take the HealtheLiving Assessment on My Health *e* Vet at **www.myhealth.va.gov** . Answer the questions about your health history. You will get a list of ways to improve your health. Please bring your report to your next primary care appointment. Talk about it with your PACT-they will connect you with tools to help you succeed with your health goals. Live healthier!

Thank you for allowing us to provide you access to quality healthcare. You may receive a paper survey in the mail. Your opinion counts! Please complete the survey so we can ensure we continue to provide outstanding healthcare services. If you did not receive outstanding care, you have the opportunity voice your concerns on our Customer Service line (909) 583-6133. We make every effort to respond to your call within one business day. Thank you for choosing VA Loma Linda Healthcare System and thank you for your service to our nation.

```
                        Report from: LOMA LINDA HCS    Station #605
Imaging (local only)                                                          Page 1
BASS,QUINN SHINDA    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                         MAR 9,1980 (40)
===========================================================================
                        *** WORK COPY ONLY ***              Printed: 02/04/2021 23:37
ELBOW RIGHT 3+ VIEW

Exm Date: FEB 04, 2021@21:45
Req Phys: AVERILL,FRANCIS C            Pat Loc: LL/EMER DEPT LOG/1600-2400-X (
                                      Img Loc: LL/3RD FLOOR LOCATION A
                                      Service: Unknown


(Case 605-020421-2247 COMPLETE)ELBOW RIGHT 3+ VIEW          (RAD  Detailed) CPT:73080
     Reason for Study: Refer to Clinical History

   Clinical History:
    Defer to Radiologist for final protocol?....: Yes


   Reason for Study:  R ELBOW PAIN S/P ASSAULT

   Report Status: Verified              Date Reported: FEB 04, 2021
                                        Date Verified: FEB 04, 2021
   Verifier E-Sig:

   Report:
    X-RAY EXAM OF ELBOW

    HISTORY: R ELBOW PAIN S/P ASSAULT

    COMPARISON: None

    TECHNIQUE: 3 view(s) of the right elbow , submitted to the VA
    National Teleradiology Program (NTP) for interpretation.

    FINDINGS:

    Ossific fragments adjacent to the coronoid process compatible
    with fracture is noted. There is a joint effusion. Overlying
    splint is noted.



   Impression:

    Coronoid process fracture.

    READING PHYSICIAN: Lorraine Maniolo, M.D. -1982926861
    2/4/2021 21:18 HAST
    VHA National Teleradiology Program
    877-780-5559 (For Medical Practitioner Use Only)
    795 Willow Road, Bldg 334, Suite C210
                        *** WORK COPY ONLY ***      (continued...)
```

Report from: LOMA LINDA HCS          Station

Imaging (local only)
BASS,QUINN SHINDA    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                                    M 1980 (40)                    Page

========================================================================

*** WORK COPY ONLY ***

Printed: 0  2/04/2021 23:3

(...continued)
        Menlo Park, CA 94025

        Attention Patients / Veterans: If you have questions or cons
        about these test results, please contact your ordering prov
        or primary care team.

     Primary Diagnostic Code: SIGNIFICANT ABNORMALITY,    ATTN NEEDED

Primary Interpreting Staff:
  RADIOLOGY,OUTSIDE SERVICE, Staff Physician
/


                        *** WORK COPY ONLY ***

12

CASE # FSB19001352/FSB21000434

FC

DISCOVERY / EVIDENCE

## AFFIDAVIT OF NOTARY PRESENTMENT

### (Certification of Mailing)

**State of : California**

**County of : San Bernardino**

01/28/2021
BY: Jennifer Saldana, Deputy

Today, on January, 28th, 2021, for the purpose of verification, I, Sissy McConnon, as certified,

bonded and insured agent and notary of the State of California and as an undersigning notary,

I do certify and confirm that the individual with :

Last name: **Quinn**

First Name; **Bass**

A holder of State of CA issued D7226833 Driver's license , that expires on 03/09/2024

appeared before me and requested to notarize and then to mail the following document(s) to

following direction(s).

I, **Sissy McConnon**, the undersigning CA **Notary Public**, personally reviewed the bellow

document(s), and personally verified that these document(s) were placed in an envelope and

sealed by me. They were mailed to bellow directions, via USPS in a form of registered mail:

1. Superior Court Of San Bernardino, 247 West 3rd Street, San Bernardino, Ca, 92415
2. San Bernardino County Sheriff's Department, 655 East 3rd Street, San Bernardino, Ca, 92415
3. San Bernardino County District Attorney's Office, 303 West 3rd Street, San Bernardino, Ca, 92415


List of document(s) mailed:

1. Affidavit and Notice of Ponendis in Assisis
2. Affidavit of Truth and Notice of True Bill
3. Notice of Waiver of Tort
4. Affidavit of Demand for Attorney at law
5. Notice to cease and desist

Claimant : **Quinn Bass** , bass, quinn W.O.P. ©

13

Signature........................................

State of CA , Notary Public  signature,  Sissy McConnon ..............................................



14

## AFFIDAVIT OF TRUTH AND NOTICE OF TRUE BILL

### NOTICE TO AGENT IS NOTICE TO PRINCIPLE AND

### NOTICE TO PRINCIPLE IS NOTICE TO AGENT

*************************************************************************************************

JUDGE MICHAEL SACHS CA BAR LICENSE #134655,

JUDGE HAROLD T. WILSON JR. CA BAR LICENSE #134988

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO, RESPONDEAT SUPERIOR AND ALL PARTIES OF INTEREST

247 W. THIRD ST.

SAN BERNARDINO, CA 92415,

JASON ANDERSON DISTRICT ATTORNEY FOR THE COUNTY OF SAN BERNARDINO, RESPONDEAT SUPERIOR AND ALL PARTIES OF INTEREST

303 W. THIRD ST.

SAN BERNARDINO, CA 92415,

John Mcmahon d/b/a JOHN MCMAHON d/b/a SHERIFF OF THE COUNTY OF SAN BERNARDINO, REPONDEAT SUPERIOR

655 E. THIRD ST.

SAN BERNARDINO, CA 92415-0061/ SAN BERNARDINO COUNTY COUNSEL, RESPONDEAT SUPERIOR AND ALL PARTIES OF INTEREST

385 N. ARROWHEAD AVE

SAN BERNARDINO, CA 92415

### NOTICE OF TRUE BILL

Take Judicial Notice that on or around September 21st 2020 a Writ of Ponedis in Assisis was submitted regarding alleged frivolous criminal case #FSB19001352 to the San Bernardino County Sheriff's Department for Sheriff John Mcmahon to recuse Judge HAROLD T. WILSON JR and

15

provide a public trial pursuant to my due process of law giving the Sheriff's Department, Respondeat Superior 15 days to respond pursuant to U.S. Supreme Court Case precedent Gardner v. Broderick (1968). Take further notice the San Bernardino Sheriff's Department, Respondeat Superior neglected/refuted/refused to respond to my Writ of Ponedis in Assisis furthermore, THE SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO CENTRAL DIVISION, RESPONDEAT SUPERIOR received a copy of Writ of Ponedis in Assis by case filing where Judge HAROLD T. WILSON JR. CA BAR #134988 stated on record since he is listed in the Writ of Ponedis in Assisis therefore that it is a conflict of interest and he would take no action on the Writ; furthermore SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO CENTRAL DIVISION, RESPONDEAT SUPERIOR was notified that there was a Writ of Ponedis in Assis submitted to the SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, RESPONDEAT SUPERIOR yet decided to ignore Stay of Proceedings filed in case and proceeded on alleged frivolous case #FSB19001352 on January 15th 2021 giving my private property an arrest warrant for failure to appear to a proceedings that should have never took place furthermore, violating my unalienable rights, protected by the California Constitution of 1849 Article I Declaration of Rights Section(s) 1, 3, , 4, 6, 7, 8, 16, 19, 21 and pursuant to U.S.C. Article VI Section 3.

Take further judicial notice that since the inception of the aforementioned frivolous case I filed a Notice to Intervene pursuant to 28 U.S.C. 2403 (Constitutional Challenge), Motion to Dismiss due to lack of jurisdiction and subject matter, Violation of Rights Under Color of Law Warning (filed as discovery/evidence), Notice to Cease and Desist (filed as discovery evidence) Foreign Registration Statement (filed as Discover/Evidence) Video/Audio Disc (Filed as Discovery/Evidence), GSA Bond (Filed in case), Affidavit of Prejudice pursuant to Public Law against several Judges including Harold T. Wilson Jr. CA BAR #134988, Writ of Poneddis in Assisis (filed in case), motion to change venue due to conflict of interest (filed in case), Notice of Stay of Proceedings, Affidavit of Truth and Notice of True Bill  (filed in case), Notice of Waiver of Tort (filed in case), Affidavit and Certificate of Non-Response and Nihil Decit, Affidavit of Rescission of Signature (Filed in case as Discovery/Evidence), etc.

## 18 U.S. Code § 242. Deprivation of rights under color of law

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if

16

such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both;

**42 U.S. Code § 1983.Civil action for deprivation of rights**

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not

be granted unless a declaratory decree was violated or declaratory relief was unavailable.

**42 U.S. Code § 1985.Conspiracy to interfere with civil rights**

**(3)DEPRIVING PERSONS OF RIGHTS OR PRIVILEGES**
**If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators**

U.S. Supreme Court Case Gardner v Broderick 1968 in PUBLIC SERVANTS must respond to any and all presentments

Amendment V of the United States Constitution

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation

U.S.C. Article VI Section 3.

**Clause 3**

17

- The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

California Constitution of 1849 Article I Declaration of Rights:

SECTION 1.

All people are by nature free and independent and have inalienable rights. Among these are enjoying and defending life and liberty, acquiring, possessing, and protecting property, and pursuing and obtaining safety, happiness, and privacy.

SEC. 3.

(a) The people have the right to instruct their representatives, petition government for redress of grievances, and assemble freely to consult for the common good.

(b) (1) The people have the right of access to information concerning the conduct of the people's business, and, therefore, the meetings of public bodies and the writings of public officials and agencies shall be open to public scrutiny.

(2) A statute, court rule, or other authority, including those in effect on the effective date of this subdivision, shall be broadly construed if it furthers the people's right of access, and narrowly construed if it limits the right of access. A statute, court rule, or other authority adopted after the effective date of this subdivision that limits the right of access shall be adopted with findings demonstrating the interest protected by the limitation and the need for protecting that interest.

(3) Nothing in this subdivision supersedes or modifies the right of privacy guaranteed by Section 1 or affects the construction of any statute, court rule, or other authority to the extent that it protects that right to privacy, including any statutory procedures governing discovery or disclosure of information concerning the official performance or professional qualifications of a peace officer.

(4) Nothing in this subdivision supersedes or modifies any provision of this Constitution, including the guarantees that a person may not be deprived of life, liberty, or property without due process of law, or denied equal protection of the laws, as provided in Section 7.

(5) This subdivision does not repeal or nullify, expressly or by implication, any constitutional or statutory exception to the right of access to public records or meetings of public bodies that is in effect on the effective date of this subdivision, including, but not limited to, any statute protecting the confidentiality of law enforcement and prosecution records.

(6) Nothing in this subdivision repeals, nullifies, supersedes, or modifies protections for the confidentiality of proceedings and records of the Legislature, the Members of the Legislature, and its employees, committees, and caucuses provided by Section 7 of Article IV, state law, or legislative rules adopted in furtherance of those provisions; nor does it affect the scope of permitted discovery in judicial or administrative proceedings regarding deliberations of the Legislature, the Members of the Legislature, and its employees, committees, and caucuses.

(7) In order to ensure public access to the meetings of public bodies and the writings of public officials and agencies, as specified in paragraph (1), each local agency is hereby required to comply with the California Public Records Act (Chapter 3.5 (commencing with Section 6250) of Division 7 of Title 1 of the Government Code) and the Ralph M. Brown Act (Chapter 9 (commencing with Section 54950) of Part 1 of Division 2 of Title 5 of the Government

Code), and with any subsequent statutory enactment amending either act, enacting a successor act, or amending any successor act that contains findings demonstrating that the statutory enactment furthers the purposes of this section.

SEC. 4.

Free exercise and enjoyment of religion without discrimination or preference are guaranteed. This liberty of conscience does not excuse acts that are licentious or inconsistent with the peace or safety of the State. The Legislature shall make no law respecting an establishment of religion.

A person is not incompetent to be a witness or juror because of his or her opinions on religious beliefs.

SEC. 16.

Trial by jury is an inviolate right and shall be secured to all, but in a civil cause three-fourths of the jury may render a verdict. A jury may be waived in a criminal cause by the consent of both parties expressed in open court by the defendant and the defendant's counsel. In a civil cause a jury may be waived by the consent of the parties expressed as prescribed by statute.

In civil causes the jury shall consist of 12 persons or a lesser number agreed on by the parties in open court. In civil causes other than causes within the appellate jurisdiction of the court of appeal the Legislature may provide that the jury shall consist of eight persons or a lesser number agreed on by the parties in open court.

In criminal actions in which a felony is charged, the jury shall consist of 12 persons. In criminal actions in which a misdemeanor is charged, the jury shall consist of 12 persons or a lesser number agreed on by the parties in open court.

SEC. 19.

(a) Private property may be taken or damaged for a public use and only when just compensation, ascertained by a jury unless waived, has first been paid to, or into court for, the owner. The Legislature may provide for possession by the condemnor following commencement of eminent domain proceedings upon deposit in court and prompt release to the owner of money determined by the court to be the probable amount of just compensation.

(b) The State and local governments are prohibited from acquiring by eminent domain an owner-occupied residence for the purpose of conveying it to a private person.

(c) Subdivision (b) of this section does not apply when State or local government exercises the power of eminent domain for the purpose of protecting public health and safety; preventing serious, repeated criminal activity; responding to an emergency; or remedying environmental contamination that poses a threat to public health and safety.

(d) Subdivision (b) of this section does not apply when State or local government exercises the power of eminent domain for the purpose of acquiring private property for a public work or improvement.

(e) For the purpose of this section:

1. "Conveyance" means a transfer of real property whether by sale, lease, gift, franchise, or otherwise.

2. "Local government" means any city, including a charter city, county, city and county, school district, special district, authority, regional entity, redevelopment agency, or any other political subdivision within the State.

3. "Owner-occupied residence" means real property that is improved with a single-family residence such as a detached home, condominium, or townhouse and that is the owner or owners' principal place of residence for at least one year prior to the State or local government's initial written offer to purchase the property. Owner-occupied residence also includes a residential dwelling unit attached to or detached from such a single-family residence which provides complete independent living facilities for one or more persons.

4. "Person" means any individual or association, or any business entity, including, but not limited to, a partnership, corporation, or limited liability company.

5. "Public work or improvement" means facilities or infrastructure for the delivery of public services such as education, police, fire protection, parks, recreation, emergency medical, public health, libraries, flood protection, streets or highways, public transit, railroad, airports and seaports; utility, common carrier or other similar projects such as energy-related, communication-related, water-related and wastewater-related facilities or infrastructure; projects identified by a State or local government for recovery from natural disasters; and private uses incidental to, or necessary for, the public work or improvement.

6. "State" means the State of California and any of its agencies or departments.

Section 21



## NOTICE OF TRUE BILL

**WARNING:** You may be in violation of State and Federal Law and persisting may lead to your arrest and/or civil damages! Also understand that law provides that you can be held personally responsible and liable, as well as your company or agency.

SUPERIOR COURT OF CALIFORNIA, RESPONDEAT SUPERIOR, SAN BERNARDINO COUNTY COUNSEL/SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT RESPONDEAT RESPONDEAT SUPERIOR, SAN BERNARDINO COUNTY DISTRICT ATTORNEY'S OFFICE, RESPONDEAT SUPERIOR, YOU ARE HEREBY GIVEN THREE BUSINESS DAYS OF THE RECIEPT OF THIS DOCUMENT

(EXCLUDING HOLIDAYS) TO PROVIDE ME **Affidavit of Demand for Attorney-at-Law/Councel (THIRD PARTY INTERVENER)**Foreign Registration Statement (Agent listed)
IN GOOD FAITH AND AS REQUIRED BY LAW PURSUANT TO U.S. SUPREME COURT CASE PRECENDENT GARDNER V. BRODERICK (1968).  YOUR NEGLECT TO REFUTE/REFUSE/REBUT/ANSWER THE AFOREMENTIONED REGISTRATION STATEMENT WILL BE DEEMED A DIRECT VIOLATION OF MY DUE PROCESS OF LAW WHICH IS PROTECTED BY CALIFORNIA CONSTITUTION OF 1849 ATICLE I DECLARATION OF RIGHTS AND ORGANIC UNITED STATES CONSTITUTION PURSUANT TO U.S.C. ARTICLE VI CLAUSE 3 AND IT WILL BE CONSIDERED A CONTINOUS ACT OF TORT AND YOU WILL BE CONTRACTED BY WAIVER OF TORT TO PAY IN THE AMOUNT OF $250,000 USD IN CREDIT INCLUDING AN ADDITIONAL $10,000 USD IN CREDIT PER DAY STARTING BACK ON DAY OF TRESPASS (MARCH 29TH 2019 TO DATE).

Without Recourse

By: *bass, quinn W.O.P. (c)*

Bass, Quinn Without Prejudice

Authorized Representative
Proper Rules of English
Article 9 Entity Strict Liability

DATE: 29. JAN. 2021

NOTARY: 

2)

### NOTICE of WAIVER of TORT is hereby given to ANY and ALL ACTORS

#### NOTICE TO AGENT IS NOTICE TO PRINCIPLE AND

#### NOTICE TO PRINCIPLE IS NOTICE TO AGENT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JUDGE MICHAEL SACHS CA BAR LICENSE #134655,

JUDGE HAROLD T. WILSON JR. CA BAR LICENSE #134988

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO, RESPONDEAT SUPERIOR AND ALL PARTIES OF INTEREST

247 W. THIRD ST.

SAN BERNARDINO, CA 92415,

JASON ANDERSON DISTRICT ATTORNEY FOR THE COUNTY OF SAN BERNARDINO, RESPONDEAT SUPERIOR AND ALL PARTIES OF INTEREST

303 W. THIRD ST.

SAN BERNARDINO, CA 92415,

JOHN MCMAHON SHERIFF OF SAN BERNARDINO COUNTY

655 E. THIRD ST.

SAN BERNARDINO, CA 92415-0061

So that proper and just NOTICE and POSTING can be honestly understood to allow **ANY and ALL** actors, or **ANY and ALL** Persons, or a reasonable and prudent Man or Woman to be **FOREWARNED** so that there can be **NO "MISTAKE"**, or inadvertence, excuse, or misunderstanding to be claimed afterwards, and that **ALL** Parties will be TOTALLY RESPONSIBLE AND ACCOUNTABLE for their FREE CHOICE OF ACTIONS or INJURIES, NOTICE IS THEREFORE ENTERED and POSTED upon the **PUBLIC RECORD by and through the Universal Postal Union by CERTIFIED MAIL, ELECTRONIC RETURN RECEIPT and Public NOTICE in the PUBLIC LIBRARY and COUNTY CLERKS OFFICE pursuant to COMMON LAW.**

It is therefore and herein **DECLARED** that a **CONTRACT** is Created and freely and jointly entered into by any and all Actors, in which ANY and ALL Parties are free to choose to become OBLIGATED or NOT to become OBLIGATED of their own free choice or volition, to TRESPASS ON THE CASE and cause a TORT or not to TRESPASS ON THE CASE; TO INJURE THE PROPER PARTY, or not to INJURE the PROPER PARTY HEREIN WAIVING THE TORT and accepting settlement of the terms and conditions of this CONTRACT MUTUALLY AGREED BY ALL ACTORS BY SPECIFIC PERFORMANCE.

NOTICE IS HEREBY GIVEN to ANY and ALL ACTORS, including but not limited to ALL Foreign and Domestic Governments and/or Corporations, Officers, Deputies, assigns, agents, actors, employees or representatives in any way thereof: YOU ARE HEREIN GIVEN AFFIDAVIT OF **of Demand for Attorney-at-Law/Council (THIRD PARTY INTERVENER)**

**Foreign Registration Statement** AND DECLARATION OF THIS WAIVER OF TORT and the CONTRACT therein created.

22

You may choose or NOT choose, of your own free will, to become OBLIGATED by this CONTRACT for it is your free choice. THERE ARE NO EXCEPTIONS TO ANY ACTOR(S). NO ONE MAY CLAIM IMMUNITY FROM, EXEMPTION FROM OR LIMITATION OF LIABLITY OF ANY KIND after voluntary entry into this contract by the actor's free choice and election as evidenced by performance: @$250,000 USD in credit including 10,000 USD in credit per day  including compensatory damages starting on day of  trespass (March 29th 2019) to date. THIS BINDING CONTRACT IS THEREFORE IN FULL FORCE AND EFFECT and YOU are forewarned NOT to cause further injury either by a COMMISSION, DIRECTLY OR INDIRECTLY or an OMISSION OF LAWFUL ACTIONS OR DUTIES, Res ipsa loquitur.

ALL PARTIES, see Attached (Notary Jurat) ARE THEREFORE AGAIN WARNED PLEASE, DO NOT INJURE OR TRESPASS UPON RIGHTS or PROPERTY, or RISK THE CONSEQUENCES OF THAT INJURY OR TRESPASS AS AGREED IN TERMS AND CONDITIONS OF THAT ATTACHED CONTRACT.

BY PROCEEDING TO FURTHER INJURY YOU AGREE, KNOWINGLY, INTENTIONALLY AND VOLUNTARILY, TO THE TERMS OF THIS WAIVER OF TORT CONTRACT IN FULL UPON YOURSELVES. NOTE EXCLUSIVE CONTROL BY YOU TO INJURE ON NOT TO INJURE, TO TRESPASS OR NOT TO TRESPASS.

Without Recourse

By: bass, quinn W.O.P. ©

Quinn Bass W.O.P (COPYRIGHTED)
Authorized Representative
Proper Rules of English
Article 9 Entity Strict Liability

DATE: 01) 28|2021

NOTARY:

23

CASE# FSB19001352
DISCOVERY/EVIDENCE

**DATE: 7/26/2021**                    US Post Office Registered Mail #

**Bass, Quinn W.O.P. (COPYRIGHTED)**
**c/o P.O. Box 166**
**Higland, CA 92346**
**In Personne Physique/ Sui Juris**

**RE:**

**CLERK OF COURT**
Nancy Eberhardt  d/b/a NANCY EBERHARDT d/b/a
COURT EXECUTIVE OFFICER
247 W THIRD ST
SAN BERNARDINO, CA 92415
SUPERIOR COURT OF CALIFONRIA COUNTY OF SAN BERNARDINO CENTRAL DIVISION

Jason Anderson   d/b/a  d/b/a JASON ANDERSON
ATTORNEY-AT-LAW/COUNCEL
SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO CENTRAL DIVISION
SAN BERNARDINO, CA.  UNITED STATES OF AMERICA

**Affidavit of Demand for Attorney-at-Law/Councel (THIRD PARTY INTERVENER)**
**Foreign Registration Statement**

**TAKE NOTICE** pursuant to *Pub L. chap 327 52 stat 631-633 Foreign Registration Act of 1938, Pub L. 80-772 § 1341, § 1342, Pub L. 80-772 §1342, § 2382. MISPRISION OF TREASON, and Pub L. 89-486 80 stat 244 of 1966,*

I, Doss, Andrea W.O.P., In Propria Persona Sui Juris, demand pursuant to *Pub L. 80-772 § 1341, § 1342* , and *Pub L. 89-486 80 stat 244 of 1966*, demand a **CERTIFIED copy of  D.A. COUNTY, OF SAN BERNARDINO JASON ANDERSON,  AND ALL AGENTS AND PARTIES OF INTEREST, RESPONDEAT SUPERIOR,  JUDGE HAROLD T. WILSON JR CA BAR #134988,  JUDGE MICHAEL SACHS CA BAR #134655,  OF SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO CENTRAL DISTRICT, RESPONDEAT SUPERIOR,  NEKESHA WORTHAM JIDICIAL ASSISTANT FOR SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO CENTRAL DISTRICT RESPONDEAT SUPERIOR,  AND ALL AGENTS AND PARTIES OF INTEREST**      d/b/a ATTORNEY-AT-LAW/COUNCEL "Registration Statement" pursuant to the *Pub L. chap 327 52 stat 631-633 Foreign Agents Registration Act of 1938* as required (MANDATORY) public disclosure by the *Privacy Act*

*AFFIDAVIT OF DEMAND FOREIGN REGISTRATION STATEMENT*                    Page 1 of **4**

*Statement*, see the following below:

*Privacy Act Statement.* The filing of this document is required for the ***Pub L. chap 327 52 stat 631-633 Foreign Registration Act of 1938 and Pub L. 89-486 80 stat 244 of 1966 all sections.***, for the purposes of registration under the Act and <u>public disclosure</u>. FULL DISCLOSURE of the information requested is MANDATORY, and failure to provide the information is subject to the penalty and enforcement provisions established under this Act.

TAKE FURTHER NOTICE pursuant to ***Pub L. 80-772 §1342, § 2382. MISPRISION OF TREASON, § 2386. REGISTRATION OF CERTAIN ORGANIZATIONS***, I demand a d/b/a ATTORNEY-AT-LAW/COUNCEL Anti-Bribery Statement as required by the ***Pub L. chap 327 52 stat 631-633 Foreign Registration Act of 1938, Pub. L. 105-366 Foreign Corrupt Practices Act of 1977 ("FCPA"), § 78dd-1, et seq., and Anti-Bribery Statement pursuant to 80-772 §. 201. Bribery.***

***Any quasi-licenses' and Bar Card Numbers of any and all Attorney's (NEXT OF FRIEND'S) involved***, and all parties of interest are to send all future correspondences in c/o the clearly designated geographical location listed a **CERTIFIED copy ova of D.A. COUNTY, OF SAN BERNARDINO JASON ANDERSON, AND ALL AGENTS AND PARTIES OF INTEREST, RESPONDEAT SUPERIOR, JUDGE HAROLD T. WILSON CA BAR #134988, JUDGE MICHAEL SACHS CA BAR #134655, OF SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO CENTRAL DISTRICT, RESPONDEAT SUPERIOR, NEKESHA WORTHAM JIDICIAL ASSISTANT FOR SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO CENTRAL DISTRICT RESPONDEAT SUPERIOR, AND ALL AGENTS AND PARTIES OF INTEREST he**rein, via United States Post Office. All correspondences sent otherwise will not satisfy 'Proper Service' and will be deemed contrary to proper communications. I am sure that all lawful parties are rested in Rebutting and Refuting Fraud and seeking to correct the commonly used methods of "*Malfeasance*" and 'Mail Fraud' by which such unconstitutional acts have been commonly committed through "*Misrepresentations*' and by callous acts of 'Misprision of Treason' pursuant to *PL 80-772 § 2382. MISPRISION OF TREASON*.

For the record, please send all following communications as required (MANDATORY) pursuant to ***Pub L. 80-772 § 1342.***

## WARNING:  Pub L. 80-772 § 1341 MAIL FRAUD!!!

Whoever, for the purpose of conducting, promoting or carrying on by means of the **United States Post Office**, any scheme or device pursuant to ***Pub L. 80-772 § 1341*** or any other unlawful business, uses or assumes, or requests to be addressed by, any fictitious, false, or assumed title, name, or address or name other than in personam, or takes or receives from any Post Office or authorized depository of mail matter, any letter, postal card, package, or other mail matter addressed to any such fictitious, false,

or assumed title, name, or address, or name other than his own proper name, shall be fined under this this law or imprisoned not more than five years, or both.

I declare, pursuant to *Pub L. 80-772 § 1342*, stating that the Prosecutor and Magistrate understands and fully agrees to the seriousness in regards to communicating with "people" in their own "proper name" as required by the law above and below and not communicating under any fictitious, false, or assumed title, name or address under the authority of *Pub L. 80-772 § 1342* and fully agrees to abide by this law while communicating by way of United States Post Office Department, PRIVATELY, or use any associated organizations, corporations, partners and not make any claims by using the United States Post Office mail to commit mail fraud.

*TAKE FURTHER NOTICE: pursuant to the 1818 Illinois Constitution ART. VI. 3. Each and every person who has been bound to service by contract or indenture in virtue of the law, and in conformity to the provisions of the same, without fraud or collusion, shall be held to a specific performance of their contracts or indentures;*

*TAKE FURTHER NOTICE: All Public Trustees who have taken an oath or affirmation to uphold and defend the Constitution of this state and the United States of America, I accept your oaths, so help you God.*

*TAKE FURTHER NOTICE: that you have 72 hours from the receipt of this document to respond as per Supreme Court Case precedent Gardner v Broderick 1969.*

*TAKE FURTHER NOTICE: All Public Trustees who have taken an oath or affirmation to uphold and defend the Constitution of this state and the United States of America, I accept your oaths, **SO HELP YOU GOD**.*

*Printed: bass, Quinn  W.O.P*          *By:* bass quinn W.O.P. ©

All Rights Reserved, WITHOUT the UNITED STATES

*I DECLARE, under penalty and perjury under the laws of the California Republic and the United States of America that the foregoing is true and correct.*

*Executed on this __21__ day of __January__ 20__21__, at __San Bernardino__, California Republic, United States of America.*

*Printed: bass, quinn W.O.P.*          *By:* bass quinn W.O.P. ©

All Rights Reserved, WITHOUT the UNITED STATES

*AFFIDAVIT OF DEMAND FOREIGN REGISTRATION STATEMENT*          Page 3 of 4

25

bass, quinn  W.O.P.  , Registered Owner
of QUINN S. BASS corp sole,



26

RECORDING REQUESTED BY:
Quinn Bass W.O.P.
C/O P.O. BOX 166
Highland, CA 92346

CASE# FSB19001352
DISCOVERY/EVIDENCE

**WHEN RECORDED MAIL TO:**

SPACE RESERVED FOR RECORDER'S USE

⌐                              ¬

SUPERIOR COURT OF
CALIFORNIA, COUNTY OF SAN
BERNARDINO CENTRAL
DIVISION, RESPONDEAT
SUPERIOR AND ALL PARTIES OF
INTEREST
247 W. THIRD STREET
SAN BERNARDINO, CA 92415

SAN BERNARDINO COUNTY
DISTRICT ATTORNIES OFFICE,
RESPONDEAT SUPERIOR AND
ALL PARTIES OF INTEREST
303 W. THIRD STREET
SAN BERNARDINO, CA 92415

SAN BERNARDINO COUNTY
SHERIFF'S DEPARTMENT,
RESPONDEAT SUPERIOR, AND
ALL PARTIES OF INTEREST
655 E. THIRD STREET
SAN BERNARDINO, CA 92415



Non-domestic

L                              ⌐

Use the above mailing location **EXACTLY AS SHOWN**

### NOTICE TO CEASE AND DESIST

NOTICE is hereby given to the following parties:  SUPERIOR COURT OF
CALIFORNIA, COUNTY OF SAN BERNARDINO CENTRAL DIVISION,
RESPONDEAT SUPERIOR AND ALL PARTIES OF INTEREST
247 W. THIRD STREET

SAN BERNARDINO, CA 92415

SAN BERNARDINO COUNTY DISTRICT ATTORNIES OFFICE,
RESPONDEAT SUPERIOR AND ALL PARTIES OF INTEREST
303 W. THIRD STREET
SAN BERNARDINO, CA 92415

SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, RESPONDEAT
SUPERIOR, AND ALL PARTIES OF INTEREST
655 E. THIRD STREET
SAN BERNARDINO, CA 92415

You are (alleged) in violation of petitioner's rights to due process of law
(CREATING A FRIVOLOUS ARREST WARRANT WHILE IN THE PROCESS OF WRIT
OF PONEDIS IN ASSISIS RECUSING JUDGE HAROLD T. WILSON JR. OF THE
SUPERIOR COURT CALIFORNIA COUNTY SUPERIOR OF SAN BERNARDINO,
RESPONDEAT   which is a violation of Petitioner(s) unalienable rights, protected
by the California State Constitution of 1849 Declaration of Rights, Article I, Section
1, 3, 4, 6, 7, 8, 16, 19, 21 and pursuant to U.S.C. Article VI Section 3.

To CEASE AND DESIST from any further action in regards to IN ABOVE ALLEGED
VIOLATIONS_____, filed with _____ SAN BERNARDINO COUNTY
CLERKS OFFICE _____, COUNTY OF SAN BERNARDINO.

### DEMAND IS MADE

To stop any all action that would infringe on my rights protected by the California
State Constitution of 1849 Declaration of Rights and organic United States
Constitution pursuant to your oath of and office and pursuant to U.S. Supreme
Court Case precedent Gardner v. Broderick 392 U.S. 273 (1968) . and pursuant to
your oath of office ''So Help You GOD''

28

## CERTIFICATION

I, declare under the penalty of perjury of the laws of the United States of America's California Republic the foregoing to be true and correct

By: _bass, qumm W.O.P._                         _01/28/2021_
                                                Date

## JURAT

STATE OF CALIFORNIA        )
                           )ss
COUNTY OF                  )

On this _____ day of _____, 2021, before me personally appeared (Trustor), known to me, or proven to me by proper identification, to be the person described herein, and who upon oath executed the within and forgoing NOTICE TO CEASE AND DESIST, and acknowledged that he/ executed the same.

_____
Notary Signature

                                        Notary Seal

29

NOTICE of Special Restricted Appearance : bass, Quinn W.O.P. Benificial Owner of QUINN S. BASS d/b/a QUINN S. BASS©

| | | |
|---|---|---|
| STATE OF CALIFORNIA | ) | |
| COUNTY OF SAN BERNARDINO dba | ) | CASE #FSB19001352 |
| JUDGE HAROLD T. WILSON JR. #134988 | ) | |
| (plaintiff) | | |
| Vs | ) | Affidavit and Notice |
| | | of |
| bass, Quinn W.O.P.  dba | ) | WRIT OF PONENDIS IN ASSISIS |
| QUINN S. BASS | ) | |
| (defendant) | | |

WRIT OF PONENDIS IN ASSISIS

Notice to Public officer dba Sheriff JOHN MCMAHON you are hereby notified by this writ to Assize (summon) a jury of 15 and the judge are to be removed from Case #FSB19001352

This action is necessary for the following reasons;

1) <u>Embracery,</u> as defined in Black's Law Dictionary 6ᵗʰ edition "the crime to influence a jury corruptly to one side or another by promises, persuasions, entreaties, money, entertainments, or the like. This is both State and Federal (18 U.S. C.A. §§ 1503, 1504) crime, and commonly included under the offense of "<u>Obstructing Justice</u>" (BLACK'S LAW DICTIONARY, 1990)

2) <u>Obstructing Justice,</u> as defined in Black's Law Dictionary 6ᵗʰ edition "the act by

3) <u>JUDGE,</u> as defined in American Dictionary of the English language "A Juryman or juror of the law as well as of the fact" (WEBSTER 1828)

<u>1789 Bill of Rights</u>

On September 25, 1789, the first Congress of the United States proposed 12 amendments to the Constitution. The <u>1789 joint resolution of congress</u> proposing the amendments is on display in the rotunda in the National Archives Museum. Ten of the proposed 12 amendments were ratified by three-fourths of the state legislatures on December 15 1791. The ratified Articles (Articles 3-12) constitute the first 10 amendments of the Constitution, or the <u>U.S. Bill of Rights.</u> In 1992, 203 years after it was proposed, Article 2 was ratified as the 27th amendment to the constitution. Article 1 was never ratified.

Pursuant to: United States <u>1789 Bill of rights Article the third</u>… Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a re-dress of grievances.

Pursuant to: United States <u>1789 Bill of rights Article the sixth</u>… The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the per-sons or things to be seized.

Pursuant to: United States <u>1789 Bill of rights Article the seventh</u>… No person shall be held to answer for a capital, or other-wise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the

Pursuant to: United States <u>1789 Bill of rights Article the eighth</u>… In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been commit-ted, which district shall have been previously ascertained bylaw, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence.

Statement of facts

1) Pursuant to the Bill of Rights, it is not constitutional for a judge to preside over case #FSB19001352, as a judge is not impartial party or a jury of my peers. I have not and will not ever waive my rights to an impartial jury, there for if the judge is allowed in court that would be Embracery, the offense of "<u>obstructing justice</u>".

2) Pursuant to: <u>The American dictionary of the English language 1828</u>, the term "impartial" means herein: 1. Not partial; not biased in favor of one party over another; indifferent; unprejudiced; disinterested; as an *impartial* judge or arbitraitor. 2. Not favoring one party over another; equitable; just; as an impartial judgment or decision; an *impartial* opinion (see attached Exibit A)

How can a judge ever be impartial if he/she works for the state, county, or other federal municipality that brought charges against me? How can the nature and cause of the accusations against me be determined when the party bringing the claim is a corporate fiction? There for if the judge is allowed in the court that would be Embracery, the offense of "<u>obstructing justice</u>".

32

Pursuant to: <u>The American Dictionary of the English language 1828</u>, the term "sheriff" herein means [...sher'if means a shire or division, and gerefa, a reeve, a count, prefect, bailiff, provost or steward...Sheriff is the orthography.] An officer in each county, to whom is entrusted the execution of the laws...In the United States, sheriffs are elected by the legislature or by the citizens, or appointed and commissioned by the executive of the state. The office of the sheriff in [the United States] is mostly or wholly ministerial. The sheriff, by himself or his deputies, execute civil and criminal process throughout the county, has charge of the jail and prisoners, attends courts and keeps the peace.

As a constitutional right, I am sending you my grievance. I hereby demand that judge <u>HAROLD T. WILSON JR. ( CA BAR LICENSE # 134988)</u> be recused from the aforementioned case number. No other judge should be assigned or substituted. Moreover, it is your fiduciary duty, per your constitutional contract, to remove into the common pleas by recorder, establish a public trial, by an Impartial jury of the State to preside over this instant matter to retain the plea at common law.

AND TAKE FURTHER NOTICE THAT THIS IS A CONTRACT, your failure to answer and rebut this affidavit is acquiescence, you have 72 hrs. to answer, then this contract is law.

I declare (or certify verify, or state) under penalty of perjury under the laws of the United States of America's California Republic that the foregoing is true and correct. Respectfully submitted,

September 21ˢᵗ , 2020   By: _____ .
                              WITHOUT UNITED STATES

33

## JURAT

Subscribed and sworn to (or affirmed) before me on this ___day of_____, 2020, by
_____, proved to me on the basis of satisfactory evidence to be the
person(s) who appeared before me.

Notary (seal)          Notary Signature_____

Copies to:

Judge;

Prosecutor;

## CERTIFICATE OF SERVICE

I, bass, quinn W.O.P. , living Man for QUINN S. BASS corp. sole dba.

QUINN S. BASS, is to certify that I have this day served the parties listed with this NOTICE OF

WRIT OF PONENDIS IN ASSISIS by;

REGISTERED MAIL_____Delivery thereon to ensure delivery:

Dated this _____ day of _____, 2020

UCC 1-103.6, UCC 1-308, UCC 1-301, UCC 1-207

34

ATTACHMENT G

ↄ California Constitution ARTICLE I.  OF DECLARATION OF RIGHTS, SECTION 12. The military is subordinate to civil power. Notice of Special Restricted Appearance: quinn of the bass Family W.O.P. (Quinn Bass ) beneficial owner of QUINN S. BASS

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

FEB 1 1 2021

BY: Jennifer Saldana, Deputy

Bass, Quinn W.O.P.

c/o P.O. Box 166

Highland, CA

In Personne Physique

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN BERNARDINO CENTRAL DIVISION

| | |
|---|---|
| Quinn bass W.O.P. | )    CASE# FSB19001352/ FSB21000434 |
|    (Petitioner) | )    NOTICE OF MOTION AND MOTION |
| v. | )    TO TRAVERSE WARRANT (FRANKS MOTION)/ |
| THE PEOPLE OF THE STATE | )    **(LODGED)** |

**NOTICE OF MOTION TO CONSOLIDATE ABOVE ENTITLED CASES**

)    EX PARTE

OF CALIFORNIA       )

   (Respondents)     ) DATE: 12 FEB 2021   TIME 9:00am   DEPT: S-15

## MEM. OF POINTS AND AUTHORITIES:

Take notice: The petitioner has entered a Notice of motion and motion to traverse alleged frivolous warrant in the above alleged frivolous created case #FSB19001352/FSB21000434; furthermore, unalienable rights protected by the California Constitution of 1849 Article I

35

1 OF 3

Declaration of Rights along with the organic U.S. Constitution. Franks v. Delaware (1978) 438 U.S. 154 establishes the process to challenge a warrant upon a preliminary showing by the defendant that the affiant "knowingly and intentionally, or with reckless disregard for the truth" included a false statement in the warrant affidavit. (p155) Read attached Declaration/Affidavit

Take further Judicial notice that a notice of motion to consolidate case# FSB19001352 with FSB21000434 is being lodged with motion to traverse warrant (Franks Motion).  Case # FSB21000434 was listed not having a related case; however, the aforementioned case was created from alleged excessive force and bodily injury caused by SAN BERNARDINO POLICE DEPARTMENT AGENTS, RESPONDEAT SUPERIOR, along with alleged frivolous warrant in aforementioned case by HAROLD T. WILSON JR. CA BAR # 134988 of  SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO CENTRAL DISTRICT, RESPONDEAT SUPERIOR continuously  ignoring due care and violating due process of law by ignoring  Affidavit and Notice of Writ of Ponendis in Assisis giving the SAN BERNARDINO COUNTY SHERIFF JOHN MCMAHON 5 (FIVE) BUSINESS DAYS TO RECUSE SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO RESPONDEAT SUPERIOR and summon a jury of 15 (fifteen) to have a public trial in case# FSB19001352 which was personally delivered to SAN BERNARDINO SHERIFFS DEPARTMENT CIVIL LIABILTIES UNIT, RESPONDEAT SUPERIOR on or around 21 September 2020; furthermore a Notice of Stay of Proceedings was filed in the aforementioned case pursuant to Notice of Writ of Ponedis in Assisis and change of venue due to conflict of interest.

Take Further Judicial Notice that Petitioner moves the court to hold a Franks Motion due to alleged lack of due care and violation of due process of law by ignoring Affidavit and Notice of Writ of Ponendis in Assisis sent to the SAN BERNARDINO COUNTY SHERIFF'S DEPT. RESPONDEAT SUPERIOR; and grave bodily injury caused by SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR in circumstances surrounding alleged frivolous case FSB21000434 furthermore, a lodged motion to consolidate both cases is moved since both cases are related and along with saving time and resources.

## PRAYER

I pray the court honors all filed motions and dismiss/quash both aforementioned cases with extreme prejudice

**1849 California Constitution ARTICLE I.  OF DECLARATION OF RIGHTS, SECTION 12. The military is subordinate to civil power.** Notice of Special Restricted Appearance: quinn of the bass Family (Quinn Bass) beneficial owner of QUINN BASS

36

2 OF 3

## DECLARATION

I declare under the penalty of perjury under the laws of the United States of America's California Republic that the foregoing is true and correct.

Date: _04 FEB. 2021_            X _By: Bass, guim W.O.P. ©_

37

3 OF 3



ATTACHMENT
H

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

FEB 1 1 2021

BY: _____ Deputy

1   Bass, quinn W.O.P. (COPYRIGHTED)

2   c/o P.O. Box 166

3   Highland, CA 92346

4   Attorney(s) In Personne Physique

5

6

7

8               **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9               **COUNTY OF SAN BERNARDINO, CENTRAL DIVISION**

10

11   PEOPLE OF THE STATE OF CALIFORNIA          Case No.: FSB19001352/FSB21000434

12               *RESPONDENTS*                   NOTICE OF MOTION FOR
                                                 DISCOVERY PURSUANT TO § 1043
13               vs.                             (*Pitchess*); MOTION, POINTS AND
                                                 AUTHORITIES; DECLARATION
14   BASS, QUINN W.O.P.,

15               *petitioner*

16

17                                              DATE: February 19ᵗʰ , 2021
                                                TIME:    8:30    a.m.
18                                              DEPT: S-15

19

20   **TO THE ABOVE-ENTITLED COURT AND TO THE COUNSEL OF THE SAN
     BERNARDINO  POLICE  DEPARTMENT RESPONDEAT SUPERIOR , DISTRICT**
21   **ATTORNEY OF SAN BERNARDINO, RESPONDEAT SUPERIOR,  AND ALL AGENTS
     AND PARTIES OF INTEREST**
22

23        **PLEASE TAKE NOTICE** that on the above referenced date and time, or as soon after

24   as can be heard, defendant, bass, quinn W.O.P. and, will, and hereby does, move for an order

25   compelling the disclosure of peace officer personnel records, other police records maintained

26   pursuant to Section 832.5 of the Penal Code, and information from those records.  Cal. Evidence

27   Code § 1043(a).  The particular records sought are detailed in Part II, titled "ITEMS SOUGHT

28   TO BE DISCOVERED," of the attached memorandum of Points and Authorities.

1

38

1    This motion is made on the grounds that the material is necessary to an intelligent and

2    effective preparation of the defendant's case.  The disclosure sought is required when, as here,

3    there is good cause.  Cal. Evidence Code § 1043(b)(3).

4    This motion is based on this Notice and Motion, the records filed in this action, the

5    attached memorandum of points and authorities, such oral and documentary evidence that may

6    be presented at the hearing of the motion, and the attached declaration of counsel made, by this

7    reference, part of the motion.

8

9    Dated: *04 FEB. 2021*

10                                          Respectfully submitted:
                                            Bass, Quinn W.O.P.

11
                                            In Personne Physique
12

13

14                                    By: *bass quinn W.O.P./*

15                                          Quinn bass WITHOUT PREJUDICE
                                            In Personne Physique/without united states
16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26

27

28

                                    39

Bass, quinn W.O.P.

c/o P.O. Box 166

Highland,CA 92346

In Personne Physique

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN BERNARDINO, CENTRAL DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA | Case No.:  FSB19001352/FSB21000434 |
| *RESPONDENTS,* | MOTION FOR DISCOVERY PURSUANT TO § 1043 (*Pitchess*); |
| vs. | |
| QUINN BASS W.O.P., | |
| *Petitioner.* | DATE:  FEBRUARY 19TH 2021 TIME:  8:30 AM DEPT: S-15 |

I.      INDIVIDUALS WHOSE RECORDS ARE SOUGHT

    1.   ARRESTING OFFICERS LISTED IN CIRCUMSTANCES SURROUNDING

       FSB19001352/FSB21000434 BY SAN BERNARDINO  POLICE

       DEPARTMENT (RESPONDEAT SUPERIOR)

    2. LT. KELLY OF SAN BERNARDINO SHERIFF'S DEPT., (FSB19001352)

    3. DEP. REVELES OF SAN BERNARDINO COUNTY SHERIFF'S DEPT. RESPONDEAT SUPERIOR

II.     ITEMS SOUGHT TO BE DISCOVERED

It is alleged that the above officer:

    1)      Falsified police reports,

    2)      Used unreasonable force,

40

3

3)        Failed to follow departmental arrest procedure, and

4)        Conspired to hide the above wrongdoing.

The officers may have engaged in similar conduct in the past. Thus, defense seeks copies of all records, reports, or investigative reports filed, pending, completed or otherwise made, and all other writings pertaining to any of the above-mentioned conduct by the named officer, including but not limited to documentation of citizen complaints of such conduct. The information requested is:

1)        Names, addresses and phone numbers of all persons who have complained to the Ridgecrest Police Department and California Highway Patrol (Mojave CHP Office) about the above-mentioned conduct by the named officers.

2)        Copies or transcripts of any tape recorded statements by any persons, including the named officer, which were taken in connection with any investigations filed, pending, completed or otherwise made, regarding any complaints of the above-mentioned conduct.

3)        Names, addresses and phone numbers of persons giving such recorded statements, including , but not limited to, persons involved in the case at bar.

4)        The fact of whether discipline was imposed on the officer listed above in any incident involving the above-mentioned conduct, including the incident of the arrest of the defendant.

5)        Any information contained in personnel or internal investigation files which indicates or identifies previous employment or experience by the above-listed officer in law enforcement related work.

6)        Any information in connection with any internal affairs investigation into *this* incident including, but not limited to:

(a)   names and addresses of persons contacted and interviewed;



(b)   statements of persons contacted and interviewed;

(c)   notes of internal affairs investigators;

(d)   outcome and conclusions of any internal affairs investigations.

7)      That as to all items requested, excepting only number (5), the information be

furnished regardless of the outcome, disposition, or result of the complaint,

report, or investigation.

8)      The written procedures established by the department to investigate citizen

complaints against the department or its personnel;

9)      All psychiatric and psychological records of the above-named officer or any

one of them that indicate a mental or emotional condition constituting a danger

to the officer or of the person or property of another;

10)     All photographs associated with complaints described in items 1 through 9

above, which can be used to assist the defense in conducting pretrial interviews

with witnesses and enable the defense to present evidence at trial.


## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DISCOVERY

I.
### STATEMENT OF CASE AND FACTS

On January 29th 2021 SAN BERNARDINO POLICE DEPARTMENT  (ALLEGED

SWAT AGENTS) RESPONDEAT SUPERIOR made contact with petitioner by turning

''EMERGENCY LIGHTS'' on patrol vehicle while petitioner was traveling into parking lot of

Jack and the Box, located off of the Corner of Highland A where and Del Rosa Ave, where

before initial contact was made petitioner filmed Agents by phone. Petitioner while recording

Agents parked near Little Ceasar's Pizza asked Agent why you are flashing your emergency

42

lights when there is no emergency. Agent responds by saying petitioner was speeding in which

the petitioner rebuts when Agent attempts to open Petitioner's door the Petitioner demands to

speak with Agents Watch Commander and/or Supervisor which in turn the Agent states '' Im not

playing games with you'' furthermore, never running Petitioner's Identity Information, which

petitioner complied and handed Agent out the Driver's side Window giving petitioner a 3 second

countdown followed by breaking petitioner's window (vandalizing) private conveyance, pulling

petitioner out of aforementioned conveyance, slamming petitioner face first in the same broken

glass Agent created from initial window break, causing several lacerations to petitioners head

and face (petitioner alleges head bounced on pavement in broken glass causing concussion like

symptoms and bleeding from head and face; furthermore, while face planted in the bed of broken

glass, both SAN BERNARDINO POLICE AGENTS first on scene had petitioner face first

slammed into glass pinned down while proceeding to wrench both arms behind petitioner's back

to the point of breaking right elbow, and severely bruising the left elbow and causing several

other serious injuries putting petitioner's life in    alleged violated extreme danger furthermore

petitioner's unalienable rights protected by the California State Constitution of 1849 Declaration

of Rights Article I Section(s) 1, 5, 8, 9, 11, 16, 18, 19,.as well as organic U.S. Constitution

pursuant to 42 U.S.C. 1983 and 42  U.S.C. 1985 and  U.S.C. Article VI Clause 3 and are in

alleged  violation of deliberate indifference, slander, libel, and acts of wanton caused mental

anguish, monetary loss, loss of time and freedom I can never recover along with slander, and

libel acts along with severe bodily injuries.

II.
## GOOD CAUSE FOR DISCLOSURE EXISTS IN THE PRESENT CASE

Case law has established that a criminal defendant can compel discovery of relevant

information in the personnel files of police officers by making general allegations which establish

43

some cause for discovery of that information and by showing how it would support a defense to the charge against him.  Said case law has been codified in sections 832.7 and 832.8 and in Evidence Code sections 1043 through 1045.  Evidence Code section 1043 requires the party moving for discovery in police personnel files to submit an affidavit showing "good cause" for discovery, setting forth the materiality of the requested documents, and stating upon reasonable belief that the governmental agency actually possesses them.[1] (Evidence Code section 1043; *City of Santa Cruz v. Municipal Court* (1989) 49 Cal.3d 74, 33.)

There are two elements to the required showing: first, the defendant must establish the materiality of the information; and second, the defendant must state a reasonable belief that the police agency has the records or information at issue.  This two-part showing of good cause is a ***relatively low threshold for discovery.***  (*Warrick v. Superior Court* (2005) 35 Cal.4th 1011, 1019.) In this case, the defense has demonstrated the materiality of the documents and its belief that the California Highway Patrol possesses them.

## A. THE REQUESTED DOCUMENTS ARE MATERIAL

The California Supreme Court has addressed the "first part of the good cause requirement-the materiality to the pending litigation of the discovery sought." (*People v. Hill* (2005) 131 Cal.App.4th 1089 quoting *Warrick, supra.,* 35 Cal.4th at p. 1016.)  Specifically, the question is this: what must the defendant show to warrant the court's in-chambers review of documents or information in the officer's personnel file that is potentially relevant to the claimed misconduct?  **We hold that to obtain in-chambers review a defendant need only demonstrate that the scenario of alleged officer misconduct could or might have occurred.**" (*Ibid.*) What the defendant must present is a

---

[1]     Evidence Code 1045 does not require personal knowledge of material facts; affidavits based on information and belief are sufficient. (*City of Santa Cruz v. Municipal Court* (1989) 49 Cal.3d 74.)

44   7

specific factual scenario of officer misconduct that is plausible when read in light of pertinent documents. (*Warrick, supra.*)

Evidence which is material, or relevant, includes "evidence, including evidence relevant to the credibility of a witness or hearsay declarant, having any tendency in reason to prove or disprove any disputed fact that is of consequence to the determination of the action." (Evidence Code section 210.)

Here, the accused seeks information regarding the character, habits, customs and credibility of the involved officer in this case. Such information is relevant as it will reflect on the character, habit, and custom of the testifying officers, and will tend to prove that the encounter was tainted with illegal orders, and uses of force and that the resulting report was written in bad faith and designed to bolster the prosecution's case at the expense of the truth. Also, production of reports that demonstrate a bias on the part of the officers, or provide a motive or explanation for the officers engaging in any prohibited or illegal conduct may affect the officers' credibility and are discoverable.

1. CHARACTER, HABIT AND CUSTOM EVIDENCE CONCENRING THE OFFICER'S CONDUCT IS DISCOVERABLE

Evidence of character, habit or custom is admissible to prove conduct on a specified occasion in conformity with the specified character habit or custom. (Evidence Code section 1105.) Discovery of information in the officers' personnel files may lead to evidence of such character, habit or custom. "Habit" or "custom" can be established by evidence of repeated instances of similar conduct. (*People v. Gill* (1997) 60 Cal.App.4th 743.)

Here, the accused plans to defend himself with allegations of police misconduct, including, but not limited to false or inaccurate police reports and unlawful uses of force.

Evidence of the officers' character, habit and custom, if such character habit or custom includes false arrest, false statements in reports, false claims of probable cause, or any other

45   8

evidence of or complaints of dishonesty or bad-faith destruction of evidence would be admissible at the accused's trial to show that the officers conformed with his character, habit and custom on the day of his arrest.

Thus, defense is entitled to any such evidence of the officers' character, customs and habit.

### 2. EVIDENCE PROVIDING A MOTIVE FOR OR DISCLOSING A BIAS WHY AN OFFICER WOULD ENGAGE IN PROHIBITED OR ILLEGAL CONDUCT IS DICOVERABLE.

The credibility of a witness may be attacked or unsupported by any party, including the party calling him or her.  Evidence Code section 785.  In *People v. Wheeler* (1992) 4 Cal.4th 284, the California Supreme Court considered the forms of conduct evidence, other than felony convictions, which are admissible to impeach the credibility of a witness.

The *Wheeler* court stated, "it is undeniable that a witness' moral depravity of any kind has 'some tendency in reason' to shake one's confidence in his honesty." (*Id.* At 295, *citing People v. Castro* (1985) 38 Cal.3d 301, 315.) "Non-felony conduct involving moral turpitude should be admissible to impeach a criminal witness." (Id at 295.)

In determining what discovery is mandated by *Pitchess*, the court in *People v. Hustead* (1999) 74 Cal.App.4th, 410, 417 could not have been clearer:

> "In *People v. Memro* (1985) 38 Cal.3d 658, the Supreme court explained that the statues governing discovery motions 'do not limit discovery of such records to cases involving altercations between police officer and arrestees, the context in which *Pitchess* arose.' *(Memro, supra.* At 679.) Indeed, the court also noted that 'one legitimate goal of discovery is to obtain information for possible use to impeach or cross examine an adverse witness…' (*Foster v. Superior Court* (1980) 107 Cal.App.3d 218, 227) likewise, other cases have held that *Pitchess* motions are proper for issues relating to credibility. (See *Larry E. v. Superior Court* (1987) 194 Cal.App.3d 25, [motion seeking excessive force, improper police tactics, dishonesty and racial or class prejudice sufficient to require in camera review when the minor alleged that he did not use force against the officer, that the officer lied about his actions and planted evidence, and the information was relevant to show officer had a motive to lie and could show potential bias which would affect the officer credibility as witnesses]; *Pierre C. v. Superior Court* (1984) 159 Cal.App.3d 1120, 1122 [discovery motion for records pertaining to 'racial prejudice, false arrest, illegal search and seizure, the fabrication of charges and/or evidence, dishonesty

and improper tactics…' sufficient, because the minor alleged a defense of false arrest and alleged that a substantial issue at trial "would be the character, habits, customs and credibility of the officer."]

Indeed, discovery of any bias of the officer, or evidence of any motive to lie by the officer is compelled by the United States Constitution. *Davis v. Alaska* (1974) 415 U.S. 308.  Closer to home, California courts have consistently stated how critical credibility evidence and particularly evidence of bias is to a criminal defendant.

"This is not to say the Constitution completely takes away the trial court's power to limit and control inquiry into the issue of a witness' racial bias.  Instead it is to say 'a certain threshold level of cross-examination is constitutionally required, and in such cases the discretion of the trial judge is obviously circumscribed." In re Anthony P. (1985) 167 Cal.App.3d 502, 513.

If the court, in camera review, uncovers evidence of a bias on behalf of the officers, discovery is compelled.

Here, the accused seeks any evidence of or complaints of unlawful use of force, false arrest, false statements in reports, and false claims of probable cause, any other evidence of or complaints of dishonesty, evidence of bias, and any acts of destruction of exculpatory or potentially exculpatory evidence by the above mentioned officers.

Such conduct would shake the listener's confidence in his testimony, and is clearly relevant for impeachment purposes, either as directly relevant to credibility, or as evidence of possible bias or motivation for engaging in the conduct the defendant complains about.  The defense should be provided with the evidence and given an opportunity to investigate; then the defense may present its finding to the trial court for rulings on admissibility pursuant to Evidence Code section 352 subject to the strong bias in favor of the relevance and admissibility of such evidence.

  B. THE DEFENSE REASONABLY BELIEVES THAT THE NAMED GOVERNMENTAL AGENCY POSSESSES THE REQUESTED RECORDS

47   10

Defense counsel's declaration states: "I am informed and believe that on occasion arrestees, or the attorney, friends, or relatives of arrestees, make complaints to the arresting agencies concerning the conduct of its officers.  These complaints include allegations of acts of dishonesty; unreasonable, unlawful or excessive force; destruction of evidence; and racial bias.  I believe the material sought may contain complaints of a like nature against the aforementioned Ridgecrest Police Officers and California Highway Patrol Agent involved in incident in the above entitled case."

This language is virtually identical to that used by defense counsel in *People v. Hustead* (1999) 74 Cal.App.4th 410, where the defense was found to have demonstrated good cause.  The defense has demonstrated a reasonable belief that the agency has the type of information sought.

### III
### A *PITCHESS* MOTION IS A PROPER VEHICLE FOR DISCOVERING EVIDENCE OF THE CHARACTER, HABITS, CUSTOMS AND CREDIBILITY OF INVOLVED OFFICER

Defendant seeks information regarding the habits, customs and credibility of the involved officers in this case.  *Pitchess* motions are proper vehicles for seeking such information.

Counsel for the city and for the police may argue that *Pitchess* discovery motions are limited solely to issues of officer violence.  Such is not the case.  As referenced above, in *People v. Memro* (1985) 38 Cal.3d 658, the California Supreme Court explained that the statutes governing discovery motions "do not limit discovery of such records to cases involving altercations between police officer and arrestees, the context in which *Pitchess* arouse." (Id.)  The court noted that "one legitimate goal of discovery is to obtain information 'for possible use to impeach or cross-examine an adverse witness…"(*Id.*, *citing Foster v. Superior Court* (1980) 107 Cal.App.3d 218.

Likewise, other cases have held that *Pitchess* motions are proper for issues relating to credibility.  For example, in *People v. Gill* (1997) 60 Cal.App.4th 743, a defendant sought discovery

48[11]

of prior complaints against an officer alleging fabrication of probable cause and planting of evidence to cover up his use of excessive force.  In that case, the defendant was accused of possession of cocaine, and asserted that the contraband was placed on him by the arresting officer to cover up for his use of excessive force.  The trail court summarily denied defendant's motion for discovery.

The reviewing court found that any history of complaints of similar misconduct in the officer's personnel file could lead to admissible evidence of "habit or custom" which could aid in the defense to the charge."(*Id.* At 750.)  The case was remanded for in camera review of the officer's personnel file.

Similarly, *in People v. Hustead, supra*, the trial court erred by denying defendant's motion to discover evidence in a police officer's files.  There, the police officer's report stated that the defendant had driven dangerously, and defendant's counsel filed a declaration asserting that defendant did not drive in that manner.  This "led to a reasonable inference that the officer may not have been truthful.  Therefore, it becomes relevant whether the officer has been accused of falsifying reports in the past." *Id.* at 418.  The court held that the defendant had demonstrated good cause for the requested discovery, and that the trial court abused its discretion by failing to hold an in camera hearing. *Id.*

The defendant in *Pierre C. v. Superior Court* (1984) 159 Cal.App.3d 1120, requested records pertaining to "'racial prejudice, false arrest, illegal search and seizure, the fabrication of charges and/or evidence, dishonesty and improper tactics…'"  The request was sufficient because the minor alleged a defense of false arrest and alleged that a substantial issue at trial would be the character, habits, customs and credibility of the officer. (*Id.* at 1122-1123.)

Just as in the above cited cases, a material and substantial issue in defendant's trial will be the character, habits, customs, and credibility of the officers involved.  As with the above defendants, the accused seeks information from the officers' personnel files regarding their

49          12

character, habits, customs, and credibility.  As in the above cases, in camera review and discovery of relevant materials is required.

### IV
### DEFENDANT'S CONSTITUTIONAL RIGHT TO EXCULPATORY EVIDENCE EXTENDS TO INFORMATION REGARDING CONDUCT BY THE NAMED OFFICER WHICH OCCURRED MORE THAN FIVE YEARS BEFORE THE INSTANT CASE

The California Supreme Court ruled that the five year limitation was unconstitutional for all *Brady* information and all such information must be disclosed regardless of time frame. (*People v. Superior Court (Johnson)*, 2015 Cal. LEXIS 4647, *35 (Cal. July 6, 2015) citing *City of Los Angeles v. Superior Court* 29 Cal.4th 1, 14.)

Further, Evidence Code section 1045 precludes disclosure of "information consisting of complaints occurring more than five years before the event or transaction which is the subject of the litigation in aid of which discovery or disclosure is sought." This limitation is patently unconstitutional.

Discovery is based first upon the due process clause and the defendants' right to a fair trial, not a statutory scheme. (*See People v. Izazaga* (1991) 54 Cal.3d 356; *People v. Ruthford* (1975) 14 Cal.3d 399.)  The due process clause does not provide an arbitrary five year limit on discoverable material.  Rather, the Constitution requires the prosecution to turn over all evidence which is favorable to an accused, including evidence that undermines the credibility of a prosecution witness, not merely that evidence which undermines prosecution witnesses and which occurred within the past five years.

A five year structure is wholly arbitrary and unconstitutional.  The accused has the right to ALL information favorable to him, including relevant evidence regarding prosecution witnesses which originated over five years ago.

13

In addition to violating due process, Evidence Code section 1045 violates the equal protection clause of the Constitution.  The doctrine of equal protection requires that persons who are similarly situated be treated similarly under the law.

Here, police officer witnesses claim a privilege that is unavailable to other witnesses.  That is, they claim that their misdeeds should be excluded if they occurred over five years before the events leading to the case at bar.  A per se rule of exclusion of impeachment evidence over five years old when the witness is a police officer, but not when the witness is a defendant, a defense witness, or a civilian prosecution witness, discriminates against non-police officers.

The trial court should conduct the same type of balancing test regarding evidence against police officers that it applies to all other witnesses.  In determining relevance, the court should perform a balancing of probative value versus prejudice nature of each piece of proffered evidence, pursuant to Evidence Code section 352.  Age of acts affects the weight of evidence, not admissibility. (*People v. Archerd* (1970) 3 Cal.3d 615; *People v. Beagle* (1972) 6 Cal.3d 441.)

The accused "is entitled to a fair trial and an intelligent defense in light of all relevant and reasonably accessible information." (*Pitchess v. Superior Court* (1974) 11 Cal.3d 531, 535.) Defendant seeks information which would ensure a fair trial and an intelligent defense in light of all relevant and reasonably accessible information, including information in police files which is older than five years old.

Defendant seeks any evidence of or complaints of dishonesty or excessive force by the abovementioned Officers regardless of when they occurred.  Such evidence should be admitted at trial, subject to the balancing test of Evidence Code section 352, which considers age as just one factor.

The Constitution allows the defense an opportunity to investigate favorable evidence, including evidence against the named officer which originated beyond five years ago.  The defense is entitled to explore that evidence.

## V.
## THE DEFENSE REASONABLY BELIEVES THAT THE NAMED GOVERNMENTAL AGENCY POSSESSES THE REQUESTED RECORDS

Defense declaration states: "I am informed and believe that on occasion arrestees, or the attorney, friends, or relatives of arrestees, make complaints to the arresting agencies concerning the conduct of its officers.  These complaints include allegations of acts of dishonesty; unreasonable, unlawful or excessive force; destruction of evidence; and racial bias.  I believe the material sought may contain complaints of a like nature against the aforementioned SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR (FSB21000434) and SAN BERNARDINO SHERIFF'S DEPARTMENT RESPONDEAT SUPERIOR (FSB19001352)."

This language is virtually identical to that used by defense counsel in *People v. Hustead* (1999) 74 Cal.App.4th 410, where the defense was found to have demonstrated good cause.  The defense has demonstrated a reasonable belief that the agency has the type of information sought.

## VI.

## THE DEFENDANT IS ENTITLED TO DISCOVERY OF FORMER PITCHESS MOTIONS FILED AGAINST THIS OFFICER WHICH HAVE BEEN RETAINED BY THE CITY OF SAN BERNARDINO

The prior *Pitchess* motions filed against these officers are material to the defense in the same manner as prior complaints against these officers.  *Pitchess* motions are filed when a defendant believes the officers engaged in misconduct in that case.

The prior *Pitchess* motions against these officers are unavailable to the defendant because he is not aware of the cases in which these particular officers were involved, and cannot reasonably

ascertain in which of the many criminal and civil cases filed in San Bernardino County, these officers were involved and *Pitchess* motions filed.  On the other hand, the state of California, its Attorney's Office and its Police Department are fully aware of each case in which a *Pitchess* motion is filed, and likely maintains a record of the *Pitchess* motions filed against each officer.

Accordingly, defendant is entitled to discover the *Pitchess* motions filed against these officers which remain in the State's custody.

## VII.

### EVIDENCE CODE SECTION 1045 AUTHORIZES THE DISCLOSURE OF OFFICERS' STATEMENTS COLLECTED IN THE INVESTIGATION OF CITIZEN COMPLAINTS

Evidence Code section 1045 authorizes the disclosure of the officers' statements collected in the investigation of citizen complaints.  Paragraph (a) of that statute provides: Nothing in this article (limiting the disclosure of peace officer personnel records) shall be construed to affect the right of access to records of complaints, or investigations of complaints, or discipline imposed as a result of such investigations, concerning an event or transaction in which the peace officer participated, or which he perceived, and pertaining to the manner in which he performed his duties, provided that such information is relevant to the subject matter involved in the pending action.

Defendant maintains that this provision entitles the defendant to discovery of the officers' statements made in the investigation of each and every citizen complaint to which the defendant is entitled.  But even if the court denies defendant access to these statements in other cases, the defendant should be provided access to officer statements made in the investigation of the citizen complaints(s) arising out of the incident involved in the present case.

## VIII.

### THE DEFENDANT HAS PUT FORTH A PLAUSIBLE FACTUAL SCENARIO OF OFFICER MISCONDUCT

To disclose police officer records, the defense needs only to make a showing of good cause.

53

This good cause is shown when "the defendant shows both 'materiality' to the subject matter of the pending litigation and a 'reasonable belief that the agency has the type of information sought. A showing of good cause is measured by 'relatively relaxed standards' that serve to 'insure the production' for trial court review of 'all potentially relevant documents.'" (*People v. Sanderson* (2010) 181 Cal.App.4[th] 1334, 1340, *quoting People v. Gaines* (2009) 46 Cal.4[th] 172, 179.)  In order to meet this relaxed standard, the defendant's *U* must disclose a plausible factual scenario, and a connection between that scenario and the proposed defense. (*See People v. Sanderson*, 181 Cal.App.4[th] at 1340.)

In *People v. Sanderson*, the defendant / movant failed to include a police report in its initial *Pitchess* motion, and as such that evidence was not available for the court to consider in assessing the factual scenario, to determine if that scenario was "plausible 'based on a reasonable and realistic assessment of the facts and allegations.'" (*People v. Sanderson*, 181 Cal.App.4[th] at 1341, *quoting People v. Thompson* (2006) 141 Cal.App.4[th] 1312, 1319.) Even having failed to include that police report, the trial court considered the contents of the preliminary hearing transcript in assessing whether the defendant had presented a plausible factual scenario. (*See* Id., at 1339.)

It is important to note that when assessing whether this factual scenario is plausible, "[t]he inquiry does not involve 'an assessment or weighing of the persuasive value of the evidence . . .' Indeed, a defendant is entitled to discover relevant information under *Pitchess* even in the absence of any judicial determination that the potential defense is credible or persuasive.'" *(People v. Sanderson*, 181 Cal.App.4[th] at 1340, *quoting People v. Gaines* (2009) 46 Cal.4[th] 172, 179.)

As a final point, *People v. Sanderson* gives little support to the proposition that a court may deny *Pitchess* discovery for lack of factual scenario. The procedural posture of the case is review for abuse of discretion; it does not establish new requirements for *Pitchess* motions, nor does it disturb the lineage of cases emphasizing the low standard to initiate the *in camera* review process.

## IX.
## CONCLUSION

17

For the above-mentioned reasons, bass, quinn W.O.P. respectfully requests that her motion for discovery of police records be granted in its entirety.

Dated: _04 FEB. 2021_

Respectfully submitted:
Bass, Quinn W.O.P.

In Personne Physique

By: _bass quinn W.O.P._

Bass, quinn WITHOUT PREJUDICE
In Personne Physique (SUI JURIS)

18

1  Bass, Quinn W.O.P..

2  c/o P.O. Box 166

3  Highland, CA 92346

4  Attorney(s): In Personne Physique

5           **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

6           **COUNTY OF SAN BERNARDINO, CENTRAL DIVISION**

7

8                                    Case No.: FSB19001352/FSB21000434

9  PEOPLE OF THE STATE OF CALIFORNIA

10       *RESPONDENTS,*               MOTION FOR DISCOVERY
                                PURSUANT TO § 1043 (*Pitchess*);

11         vs.

12 QUINN BASS W.O.P.,

13         *Petitioner.*              DATE: February 19ᵗʰ 2021
                                TIME:  8:30am
                                DEPT: S-15

14

15

16     I, bass, Quinn  W.O.P., declare on information and belief as follows: On January 29ᵗʰ

17 2021 SAN BERNARDINO POLICE DEPARTMENT  (ALLEGED SWAT AGENTS)

18 RESPONDEAT SUPERIOR made contact with petitioner by turning ''EMERGENCY

19 LIGHTS'' on patrol vehicle while petitioner was traveling into parking lot of Jack and the Box,

20 located off of the Corner of Highland A where and Del Rosa Ave, where before initial contact

21 was made petitioner filmed Agents by phone. Petitioner while recording Agents parked near

22 Little Ceasar's Pizza asked Agent why you are flashing your emergency lights when there is no

23 emergency. Agent responds by saying petitioner was speeding in which the petitioner rebuts

24 when Agent attempts to open Petitioner's door the Petitioner demands to speak with Agents

25 Watch Commander and/or Supervisor which in turn the Agent states '' Im not playing games

26 with you'' furthermore, never running Petitioner's Identity Information, which petitioner

27

28

56

19

complied and handed Agent out the Driver's side Window giving petitioner a 3 second

countdown followed by breaking petitioner's window (vandalizing) private conveyance, pulling

petitioner out of aforementioned conveyance, slamming petitioner face first in the same broken

glass Agent created from initial window break, causing several lacerations to petitioners head

and face (petitioner alleges head bounced on pavement in broken glass causing concussion like

symptoms and bleeding from head and face; furthermore, while face planted in the bed of broken

glass, both SAN BERNARDINO POLICE AGENTS first on scene had petitioner face first

slammed into glass pinned down while proceeding to wrench both arms behind petitioner's back

to the point of breaking right elbow, and severely bruising the left elbow and causing several

other serious injuries putting petitioner's life in    alleged violated extreme danger furthermore

petitioner's unalienable rights protected by the California State Constitution of 1849 Declaration

of Rights Article I Section(s) 1, 5, 8, 9, 11, 16, 18, 19,.as well as organic U.S. Constitution

pursuant to 42 U.S.C. 1983 and 42  U.S.C. 1985 and  U.S.C. Article VI Clause 3 and are in

alleged  violation of deliberate indifference, slander, libel, and acts of wanton caused mental

anguish, monetary loss, loss of time and freedom I can never recover along with slander, and

libel acts along with severe bodily injuries.   and alleged violated petitioner's unalienable rights

protected by the California State Constitution of 1849 Declaration of Rights Article I Section(s)

1, 5, 8, 9, 11, 16, 18, 19,. and are in violation alleged deliberate indifference, slander, libel, and

acts of wanton caused mental anguish, monetary loss, loss of time and freedom I can never

recover along with slander, and libel acts in the news and social media oultets. PETITIONER
IS REQUESTING ALL BODY CAM, BELT RECORDINGS, DASH
CAM FOOTAGE FROM INCIDENT SURROUNDING CASE (FSB21
0000434 AND FSB190001352) AND ALL DISCOVERY EVIDENCE,

Executed this 2/5/2021, at  SAN BERNARDINO, California.

57     20

By: _bass, quinn W.O.P._ WITHOUT UNITED STATES
bass, quinn Without Prejudice

## DECLARATION OF PERSONAL SERVICE

I, _bass, quinn W.O.P. (c)_, the undersigned, declare:

I am In Personne Physique on the matter and  On the date below, I personally served the attached on the following parties:

      (1) SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT, SUPERIOR
         710 N. D STREET
         SAN BERNARDINO CA 92401

      (2) SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, RESPONDEAT SUPERIOR
         655 E THIRD ST, SAN BERNARDINO, CA 92415

I declare under penalty of perjury that the foregoing is true and correct.

Executed at _SAN BERNARDINO_, CA on _FEB. 05th_, 2021

By: _bass, quinn W.O.P. / WITHOUT UNITED/SUI STATES JURIS_

21

58



**1849 California Constitution ARTICLE I.  OF DECLARATION OF RIGHTS, SECTION 12. The military is subordinate to civil power.** Notice of Special Restricted Appearance: Quinn of the Bass Family (Quinn Bass) beneficial owner of QUINN S. BASS

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDi. ` DISTRICT

FEB 1 1 2021

BY: Jennifer Feldon
Jennifer Saldana, Deputy

Quinn Bass W.O.P (COPYRIGHTED)

c/o P.O. Box 166

Highland, CA 92346

In Personne Physique

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO

SAN BERNARDINO DISTRICT

| Quinn Bass W.O.P. | ) | CASE# FSB19001352/FSB21000434 |
|---|---|---|
| (Petitioner) | ) | NOTICE OF JUDICIAL NOTICE OF |
| v. | ) | ADJUDICATIVE FACTS |
| THE PEOPLE OF THE STATE OF | ) | (EX PARTE) |
| CALIFORNIA | ) | |
| (Respondents) | ) | DATE: 12 FEB 2021 TIME 8:30AM DEPT S15 |

**JUDICIAL NOTICE OF ADJUDICATIVE FACTS:**

Take notice: The petitioner has entered a certified copy of the 1849 California Constitution and Declaration of Rights, for the court to take judicial notice of the document as well as case Trinsey v Pagliaro

MEMORANDUM OF POINTS AND AUTHORITIES:

**Article XI: The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of** another **State, or by Citizens or Subjects of any Foreign State. US citizens (FEDERAL CITIZENS) are FOREIGN to the several States and SUBJECTS of the FEDERAL UNITED STATES/STATE of NEW COLUMBIA/DISTRICT OF COLUMBIA.**



**1849 California Constitution ARTICLE I.  OF DECLARATION OF RIGHTS, SECTION 12. The military is subordinate to civil power.** Notice of Special Restricted Appearance: Quinn of the Bass Family (Quinn Bass) beneficial owner of QUINN S. BASS

MEMORANDUM OF POINTS AND AUTHORITIES CONT:

"**Inasmuch as every government is an *artificial person*, an abstraction, and a creature of the mind only, a *government can persons*. The imaginary, having neither actuality nor substance, *is foreclosed from creating and attaining parity with the tangible*. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them.**" S.C.R. 1795, Penhallow v. Doane's Administraters (3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54)

Under the Foreign Agents Registration Act (FARA) all Attorneys are considered Foreign Agents and subjects of the BAR Association; furthermore, "An attorney for the plaintiff cannot admit evidence into the court. He is either an attorney or a witness". (Trinsey v. Pagliaro D.C.Pa. 1964, 229 F. Supp. 647)

**1849 California Constitution ARTICLE I.  OF DECLARATION OF RIGHTS, SECTION 1. All men are by nature free and independent, and have certain inalienable rights, among which are those of enjoying and defending life and liberty, acquiring, possessing, and protecting property and pursuing and obtaining safety and happiness.**

**1849 California Constitution ARTICLE I.  OF DECLARATION OF RIGHTS, SECTION 8. ;Nor shall he be compelled, in any criminal case, to be a witness against himself, nor be deprived of life, liberty, or property without due process of law; nor shall private property be taken for public use without just compensation.**

**1849 California Constitution ARTICLE I.  OF DECLARATION OF RIGHTS, SECTION 16. No Bill of attainder, ex post facto law, or law impairing the obligation of contracts, shall ever be passed**

**. 1849 California Constitution ARTICLE I.  OF DECLARATION OF RIGHTS, SECTION 19. The right of the people to be secure in their persons, houses, papers and effects, against unreasonable seizures and searches, shall not be violated, and no warrant shall issue but on probable cause, supported by oath or affirmation, particularly describing the place to be searched and the persons and things to be seized.**



**1849 California Constitution ARTICLE I.  OF DECLARATION OF RIGHTS, SECTION 12. The military is subordinate to civil power.** Notice of Special Restricted Appearance: Quinn of the Bass Family (Quinn Bass) beneficial owner of QUINN S. BASS

## PRAYER

I pray the court honors Judicial notice as well as Dismissal/Quash above entitled case(s) with extreme prejudice.

## DECLARATION

I declare under the penalty of perjury under the laws of the United States of America's California Republic the foregoing to be true and correct. (READ ATTACHED DOCUMENTS)

Date: 08 FEB. 2021    x _By: bass, quinn W, O, P. C_
(WITHOUT UNITED STATES) SUI JURIS

ATTACHMENT ]

1  Bass, Quinn W.O.P. (COPYRIGHTED)

2  c/o P.O. Box 166

3  Highland, CA 92346

4  Attorney(s): In Personne Physique

5

6

7          SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO

8                          CENTRAL   DISTRICT

9

10  BASS, QUINN W.O.P.                    Case No.: FSB19001352/FSB21000434

          Petitioner,

11

12  vs.                                   NOTICE AND NOTICE OF MOTION AND
                                          AFFIDAVIT OF PREJUDICE PURSUANT
13  THE PEOPLE OF THE STATE OF CALIFORNIA, TO PUBLIC LAW 80-773 62 STAT. 908
                                          SUBSECTION 454 AND CA PROFESSIONS
14          Respondents                   CODE 6125, 6126/LODGED AMENDED
                                          AFFIDAVIT AND NOTICE OF WRIT OF
15                                        PONENDIS IN ASSISIS/(NOTICE TO
                                          RECUSE
16                                        JUDGE HAROLD T. WILSON JR. CA BAR#
                                          134988 COURT'S CONFORM
17                                        COPY/SERVICE)
                                          EX PARTE
18

19

20

21

22                                        DATE  12 FEB  2021          TIME 8:30AM
                                          DEPT S-15
23

24                        **Affidavit of Prejudice**

25  **Mem. Of Points and Authorities:**

26

27  NOTICE AND NOTICE OF MOTION AND AFFIDAVIT OF PREJUDICE PURSUANT TO PUBLIC LAW 80-
    773 62 STAT. 908SUBSECTION 454 AND CA PROFESSIONS CODE 6125, 6126/LODGED AMENDED
28  AFFIDAVIT AND NOTICE OF WRIT OF PONENDIS IN ASSISIS/(NOTICE TO RECUSE  JUDGE HAROLD
    T. WILSON JR. CA BAR# 134988 COURT'S CONFORM COPY/SERVICE)EX PARTE   DATE  12 FEB 2021
    TIME 8:30AM      DEPT S-15 - 1 (MOTION TO RECUSE)

(6)

1 OF 3

TAKE JUDICIAL NOTICE:MAGISTRATE(S) HAROLD T. WILSON JR. CA BAR # 134988, DAVID

J. MAZUREK CA BAR # 168601 and RONALD J. GILBERT CA BAR # 118707  of

SUPERIOR COURT OF CALIFORNIA SAN BERNARDINO COUNTY, RESPONDEAT SUPERIOR

and all parties of interest, alleged violated petitioner's unalienable rights protected by the CA Constitution of

1849 Article I, Declaration of Rights along with organic United States Constitution, ignoring due care and

due process of law (Read Attached Affidavit and Declaration). These actions were not in harmony and/or

consistent with Judge/Referee/Magistrate duties to uphold the Constitution of California (1849) and Organic

United States Constitution.  TAKE JUDICIAL NOTICE:MAGISTRATE(S) HAROLD T. WILSON JR. CA

BAR # 134988, DAVID J. MAZUREK CA BAR # 168601 and RONALD J. GILBERT CA

BAR # 118707  of SUPERIOR COURT OF CALIFORNIA SAN BERNARDINO COUNTY,

RESPONDEAT SUPERIOR ignored due care, and my due process of law which alleged actions are not in

harmony with ARTICLE VI SECTION 3 of the United States Constitution that states "and the judges

in every state shall be bound thereby, anything in the Constitution or laws of any

State to the contrary notwithstanding"

(Conflict of Interest) Judge acting like a prosecuting attorney than referee

(alleged)

Take further Judicial Notice that an amended Affidavit and Notice of Writ of Ponendis

in Assisis giving the SAN BERNARDINO County Sheriff's Dept., Respondeat Superior 5

BUSINESS DAYS from the receipt of this document to answer and/or rebut the attached

aforementioned; furthermore,

 SHERIFF JOHN MCMAHON OF SAN BERNARDINO COUNTY is  to recuse the Superior

Court of California County of San Bernardino, Respondeat Superior and summon a jury of 15 to

hold a public trial. Read Attached documents

NOTICE AND NOTICE OF MOTION AND AFFIDAVIT OF PREJUDICE PURSUANT TO PUBLIC LAW 80-
773 62 STAT. 908SUBSECTION 454 AND CA PROFESSIONS CODE 6125, 6126/LODGED AMENDED
AFFIDAVIT AND NOTICE OF WRIT OF PONENDIS IN ASSISIS/(NOTICE TO RECUSE  JUDGE HAROLD
T. WILSON JR. CA BAR# 134988 COURT'S CONFORM COPY/SERVICE)EX PARTE   DATE  12 FEB 2021
TIME 8:30AM        DEPT S-15 - 2 (MOTION TO RECUSE)



62

2 of 3

**Declaration:**

I Declare under the penalty of Perjury of the Laws of the United States California Republic the foregoing to be true and correct.

**DATE:** 08 FEB. 2021         X By: ball, quem W.O.P. ©
                               WITHOUT UNITED STATES/ SUI JURIS

NOTICE AND NOTICE OF MOTION AND AFFIDAVIT OF PREJUDICE PURSUANT TO PUBLIC LAW 80-773 62 STAT. 908SUBSECTION 454 AND CA PROFESSIONS CODE 6125, 6126/LODGED AMENDED AFFIDAVIT AND NOTICE OF WRIT OF PONENDIS IN ASSISIS/(NOTICE TO RECUSE  JUDGE HAROLD T. WILSON JR. CA BAR# 134988 COURT'S CONFORM COPY/SERVICE)EX PARTE   DATE  12 FEB 2021 TIME 8:30AM        DEPT S-15 - 3 (MOTION TO RECUSE)

63
3 OF 3

ATTACHMENT K

NOTICE of Special Restricted Appearance : bass, Quinn W.O.P. Benificial Owner of QUINN S. BASS d/b/a QUINN S. BASS©

AMENDED

| | | |
|---|---|---|
| STATE OF CALIFORNIA | ) | |
| COUNTY OF SAN BERNARDINO dba | ) | CASE #FSB19001352 / FSB21000434 |
| JUDGE HAROLD T. WILSON JR. #134988 | ) | FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br>SAN BERNARD∴ DISTRICT |
| (plaintiff) | | |
| Vs | ) | Affidavit and Notice<br>of |
| | | FEB 1 1 2021 |
| bass, Quinn W.O.P. dba | ) | WRIT OF PONENDIS IN ASSISIS |
| QUINN S. BASS | ) | By: Jeremy Pdson<br>Jeremy Aldana, Deputy |
| (defendant) | | |

WRIT OF PONENDIS IN ASSISIS

Notice to Public officer dba Sheriff JOHN MCMAHON you are hereby notified by this writ to Assize (summon) a jury of 15 and the judge are to be removed from Case #FSB19001352

This action is necessary for the following reasons;

1) <u>Embracery,</u> as defined in Black's Law Dictionary 6ᵗʰ edition "the crime to influence a jury corruptly to one side or another by promises, persuasions, entreaties, money, entertainments, or the like. This is both State and Federal (18 U.S. C.A. §§ 1503, 1504) crime, and commonly included under the offense of "<u>Obstructing Justice</u>" (BLACK'S LAW DICTIONARY, 1990)

2) <u>Obstructing Justice,</u> as defined in Black's Law Dictionary 6ᵗʰ edition "the act by which one or more persons attempt to prevent, or do prevent, the execution of lawful process. The term applies also to obstructing the administration of justice in any way – as by hindering witness from appearing, assaulting process server, <u>influencing jurors,</u> obstructing court orders or criminal investigations. (BLACK'S LAW DICTIONARY, 1990)



64

1 OF 5

3) <u>JUDGE,</u> as defined in American Dictionary of the English language "A Juryman or juror of the law as well as of the fact" (WEBSTER 1828)

<u>1789 Bill of Rights</u>

On September 25, 1789, the first Congress of the United States proposed 12 amendments to the Constitution. The <u>1789 joint resolution of congress</u> proposing the amendments is on display in the rotunda in the National Archives Museum. Ten of the proposed 12 amendments were ratified by three-fourths of the state legislatures on December 15 1791. The ratified Articles (Articles 3-12) constitute the first 10 amendments of the Constitution, or the <u>U.S. Bill of Rights.</u> In 1992, 203 years after it was proposed, Article 2 was ratified as the 27th amendment to the constitution. Article 1 was never ratified.

Pursuant to: United States <u>1789 Bill of rights Article the third</u>... Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a re-dress of grievances.

Pursuant to: United States <u>1789 Bill of rights Article the sixth</u>... The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the per-sons or things to be seized.

Pursuant to: United States <u>1789 Bill of rights Article the seventh</u>... No person shall be held to answer for a capital, or other-wise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, with-out just compensation.

65

2 OF 5

Pursuant to: United States <u>1789 Bill of rights Article the eighth</u>… In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been commit-ted, which district shall have been previously ascertained bylaw, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence.

Statement of facts

1) Pursuant to the Bill of Rights, it is not constitutional for a judge to preside over case #FSB19001352/as a judge is not impartial party or a jury of my peers. I have not and will not ever waive my rights to an impartial jury, there for if the judge is allowed in court that would be Embracery, the offense of "<u>obstructing justice</u>".

2) Pursuant to: <u>The American dictionary of the English language 1828</u>, the term "impartial" means herein: 1. Not partial; not biased in favor of one party over another; indifferent; unprejudiced; disinterested; as an *impartial* judge or arbitraitor. 2. Not favoring one party over another; equitable; just; as an impartial judgment or decision; an *impartial* opinion (see attached Exibit A)

How can a judge ever be impartial if he/she works for the state, county, or other federal municipality that brought charges against me? How can the nature and cause of the accusations against me be determined when the party bringing the claim is a corporate fiction? There for if the judge is allowed in the court that would be Embracery, the offense of "<u>obstructing justice</u>".

2) Pursuant to the Bill of Rights, it is not constitutional for an action to proceed without a sworn complaint signed by the plaintiff or injured party-in-fact or its testimony under penalty of perjury. There is no evidence, sworn complaint, statement or affidavit, on the court record to support plaintiff's claim.

Pursuant to: <u>The American Dictionary of the English language 1828</u>, the term "sheriff" herein means [...sher'if means a shire or division, and gerefa, a reeve, a count, prefect, bailiff, provost or steward...Sheriff is the orthography.] An officer in each county, to whom is entrusted the execution of the laws...In the United States, sheriffs are elected by the legislature or by the citizens, or appointed and commissioned by the executive of the state. The office of the sheriff in [the United States] is mostly or wholly ministerial. The sheriff, by himself or his deputies, execute civil and criminal process throughout the county, has charge of the jail and prisoners, attends courts and keeps the peace.

As a constitutional right, I am sending you my grievance. I hereby demand that judge <u>HAROLD T. WILSON JR. ( CA BAR LICENSE # 134988)</u> be recused from the aforementioned case number. No other judge should be assigned or substituted. Moreover, it is your fiduciary duty, per your constitutional contract, to remove into the common pleas by recorder, establish a public trial, by an impartial jury of the State to preside over this instant matter to retain the plea at common law.

AND TAKE FURTHER NOTICE THAT THIS IS A CONTRACT, your failure to answer and rebut this affidavit is acquiescence, you have 72 hrs. to answer, then this contract is law.

I declare (or certify verify, or state) under penalty of perjury under the laws of the United States of America's California Republic that the foregoing is true and correct. Respectfully submitted,

FEB, 4th 202~~September 21st 2020~~  By: _____ Dan Quinn W.O.P. / Sui Juris
WITHOUT UNITED STATES

67
4 OF 5

**JURAT**

Subscribed and sworn to (or affirmed) before me on this ___day of_____, 2020, by
_____, proved to me on the basis of satisfactory evidence to be the
person(s) who appeared before me.

Notary (seal)          Notary Signature_____

Copies to:

Judge;

Prosecutor;

**CERTIFICATE OF SERVICE**

I, bass, quinn W.O.P. , living Man for QUINN S. BASS corp. sole dba.

QUINN S. BASS, is to certify that I have this day served the parties listed with this NOTICE OF

WRIT OF PONENDIS IN ASSISIS by;

REGISTERED MAIL_____Delivery thereon to ensure delivery:

Dated this 5th day of _____, 2020 FEBRUARY 2021

By: bass, quinn W.O.P. / WITHOUT UNITED STATES/ SUI JURIS

bass, Quinn W.O.P. , registered Owner

Of QUINN SHINDA BASS corp. sole

Dba QUINN SHINDA BASS

c/o [P.O. Box 166]

Highland [California] state Republic          Near; {92346}

68

5 OF 5



PRIORITY MAIL
★ TRACKED ★
INSURED

U.S. POSTAGE PAID
PM 1-DAY
PATTON, CA
FEB 09 '21
AMOUNT
$14.15
R2304W121441-09
92501
1006

CERTIFIED MAIL

7016 3090 0000 1133 5728

Att: CRIMINAL CLERK
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION RIVERSIDE

3470 12th St
Riverside CA 92501

RECEIVED
CLERK, U.S. DISTRICT COURT

FEB 16 2021

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

P.O. Box 166
HIGHLAND, CA 92346